UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED WESTERN BANK, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICE OF THRIFT SUPERVISION, *et al.* )<br>)<br>Defendants. ) | C.A. No. 11-408 (ESH) |

## **DECLARATION OF CHRISTOPHER A. STERBENZ**

1. My name is Christopher A. Sterbenz. I am employed by the Office of Thrift Supervision ("OTS"), U.S. Department of the Treasury as a Senior Trial Attorney.

2. Accompanying this declaration and submitted in support of the Motion to Dismiss filed by OTS and OTS Acting Director John E. Bowman are six documents that are true and correct copies of documents drawn from the files of OTS, relevant to the above-captioned action, and which are submitted for the Court's consideration in connection with the Motion.

3. Those documents are submitted as: Exhibit 1) a copy of the Acting Director's Order directing United Western Bank to be placed into the receivership of the Federal Deposit Insurance Corporation; Exhibit 2) a copy of the Federal charter for United Western Bank; Exhibit 3) a copy of the approved by-laws for United Western Bank; Exhibit 4) a letter dated January 21, 2011, authored by Lawrence D. Kaplan, counsel for United Western Bancorp, Inc. addressed to Philip A. Gerbick, OTS Western Regional Director; Exhibit 5) a letter dated January 24, 2001 authored by Mr. Gerbick responding to Mr. Kaplan; and Exhibit 6) a copy of an email from the

undersigned to Mr. Samuel Buffone, counsel for Plaintiffs, as well as Mr. Buffone's reply, both dated March 1, 2011.

I hereby certify under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. Done March 4, 2011 at Washington, D.C.

_____
CHRISTOPHER A. STERBENZ