OTS Docket #6679

Charter No. 7807

# FEDERAL STOCK CHARTER

Section 1. <u>Corporate title</u>. The full corporate title of the Savings Bank is "United Western Bank" (the "Savings Bank").

Section 2. <u>Office</u>. The home office shall be located in Denver, Colorado.

Section 3. <u>Duration</u>. The duration of the Savings Bank is perpetual.

Section 4. <u>Purpose and powers</u>. The purpose of the Savings Bank is to pursue any or all of the lawful objectives of a Federal savings bank chartered under Section 5 of the Home Owners' Loan Act and to exercise all of the express, implied, and incidental powers conferred thereby and by all acts amendatory thereof and supplemental thereto, subject to the Constitution and laws of the United States as they are now in effect, or as they may thereafter be amended, and subject to all lawful and applicable rules, regulations, and orders of the Office of Thrift Supervision ("Office").

Section 5. <u>Capital stock</u>. The total number of shares of all classes of the capital stock which the Savings Bank has the authority to issue is 600,000, all of which shall be common stock of par value of $2.50 per share. The shares may be issued from time to time as authorized by the board of directors without the approval of its shareholders, except as otherwise provided in this Section 5 or to the extent that such approval is required by governing law, rule, or issuance and shall not be less than the par value. Neither promissory notes nor future services shall constitute payment or part payment for the issuance of shares of the Saving Bank. The consideration for the shares shall be cash, tangible or intangible property (to the extent direct investment in such property would be permitted to the Savings Bank), labor or services actually performed for the Savings Bank, or any combination of the forgoing. In the absence of actual fraud in the transaction, the value of such property, labor, or services, as determined by the board of directors of the Savings Bank, shall be conclusive. Upon payment of such consideration, such shares shall be deemed to be fully paid and nonassessable. In the case of a stock dividend, that part of the surplus of the Savings Bank which is transferred to stated capital upon the issuance of shares as a share dividend shall be deemed to be the consideration for their issuance.

Except for shares issuable in connection with the conversion of the Savings Bank from the mutual to the stock form of capitalization, no shares of common stock (including shares issuable upon conversion, exchange, or exercise of other securities) shall be issued, directly or indirectly, to officers, directors, or controlling persons of the Savings Bank other than as part of a general public offering or as qualifying shares to a director, unless the issuance or the plan under which they would be issued has been approved by a majority of the total votes eligible to be cast at a legal meeting.

OTS Docket # 5679

The holders of the common stock shall exclusively possess all voting power. Each holder of shares of common stock shall be entitled to one vote for each share held by such holder. Subject to any provision for a liquidation account, in the event of any liquidation, dissolution, or winding up of the Savings Bank, the holders of the common stock shall be entitled, after payment or provision for payment of all debts and liabilities of the Savings Bank, to receive the remaining assets of the Savings Bank available for distribution, in cash or in kind. Each share of common stock shall have the same relative rights as and be identical in all respects with all the other shares of common stock.

Section 6. <u>Cumulative voting</u>. Holders of the capital stock of the Savings Bank shall not be permitted to cumulate their votes for election of directors.

Section 7. <u>Preemptive rights</u>. Holders of the Capital stock of the Savings Bank shall not be entitled to preemptive rights with respect to any shares of the Savings Bank which may be issued.

Section 8. <u>Directors</u>. The Savings Bank shall be under the direction of a board of directors. The authorized number of directors, as stated in the Savings Bank's bylaws, shall not be fewer than seven nor more than fifteen except when a greater number is approved by the Office.

Section 9. <u>Amendment of charter</u>. Except as provided in Section 5, no amendment, addition, alteration, change or repeal of this charter shall be made, unless such is first proposed by the board of directors of the Savings Bank, then preliminarily approved by the Office, which preliminary approval may be granted by the Office pursuant to regulations specifying preapproved charter amendments, and thereafter approved by the shareholders by a majority of the total votes eligible to be cast at a legal meeting. Any amendment, addition, alteration, change, or repeal so acted upon shall be effective upon filing with the Office in accordance with regulatory procedures or on such other date as the Office may specify in its preliminary approval.

Attest: _____  
Secretary of the Savings Bank

By: _____  
Chairman, President, and CEO of the Savings Bank

Attest: _____  
Corporate Secretary of the Office of Thrift Supervision

Office of Thrift Supervision

By: _____  
Director

Declared effective this 1st day of September 2006.

# Certificate of Charter



This is to certify that in accordance with the provisions of Section 5 of the Home Owners Loan Act, a charter was issued to

UNITED WESTERN BANK

with its home office at

DENVER, COLORADO

Office of Thrift Supervision
Department of the Treasury

By _____ Director

Attest:

_____
Corporate Secretary

Washington, D.C., Effective Date: September 1, 2006

