# Paul*Hastings*

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
telephone 202-551-1700 • facsimile 202-551-1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

1(202) 551-1829
lawrencekaplan@paulhastings.com

*VIA EMAIL AND OVERNIGHT DELIVERY*

January 21, 2011

Philip A. Gerbick
Regional Director
Office of Thrift Supervision
Western Regional Office
225 E. John Carpenter Freeway, Suite 500
Irving, TX 75062-2326

Re: **Deregistration of United Western Bancorp, Inc. as a Savings and Loan Holding Company**

Dear Regional Director Gerbick:

This letter is filed on behalf of United Western Bancorp, Inc. (the "Holding Company"). As of January 21, 2011, the Holding Company no longer controls United Western Bank, Denver, Colorado ("Bank").

Accordingly, we hereby request that the Office of Thrift Supervision ("OTS") release the Holding Company from registration as a savings and loan holding company effective as of January 21, 2011, pursuant to 12 C.F.R. § 584.1(d). As the Holding Company no longer controls the Bank we also seek formal OTS termination of OTS Order WN-10-20 (June 25, 2010), which was predicated upon the Holding Company being a savings and loan holding company of the Bank. Termination of this order is appropriate as the restrictions contained therein are not applicable to a company that does not control a depository institution.

Pursuant to OTS Thrift Bulletin 48-29 (December 2, 2010), the OTS does not assess a filing fee for a holding company deregistration request.

If you have any questions regarding this request, please contact the undersigned at 202-551-1829.

Sincerely,

Lawrence D. Kaplan

cc:   Thomas A. Barnes
      Lori Quigley
      Nicholas Dyer
      Guy Gibson
      Michael McCloskey