

**Office of Thrift Supervision**

Department of the Treasury

*Regional Director, Western Region*

225 East John Carpenter Freeway, Suite 500, Irving, TX 75062-2326 • Telephone: (972) 277-9500
P.O. Box 619027, Dallas/Fort Worth, TX 75261-9027 • Fax: (972) 277-9501

January 24, 2011

OTS Docket No. H2192

Board of Directors
Attn: Mr. Guy A. Gibson, Chairman
United Western Bancorp, Inc.
700 17th Street, Suite 2100
Denver, CO 80202

*VIA SECURE E-MAIL
AND UPS NEXT DAY AIR*

Re:   United Western Bancorp, Inc.
      Release from Registration as a Savings and Loan Holding Company

Dear Board Members:

On January 21, 2011, the Office of Thrift Supervision (OTS) appointed the Federal Deposit Insurance Corporation (FDIC) as receiver for your subsidiary savings association United Western Bank. 12 C.F.R. § 584.1(d) provides that the OTS may at any time, upon its own motion or upon application, release a registered savings and loan holding company from registration, if OTS determines that such company no longer controls a savings association. As a result of the receivership action, United Western Bancorp, Inc. (Company) is deemed to no longer control United Western Bank.

Since the Company no longer controls any savings association, we hereby release it from registration as a savings and loan holding company, provided that: (i) the Company, or any successor, must continue to maintain the books and records of the registered savings and loan holding company and any affiliates of the former subsidiary savings association, and upon request provide access to records of the holding company for 10 years; and (ii) OTS (or its successor agency) retains jurisdiction over the Company pursuant to 12 U.S.C. § 1464(d) and 12 U.S.C. § 1467a, including examination and enforcement authority with respect to any violations of the Home Owners' Loan Act, or the regulations implementing that Act, that occurred prior to this deregistration.

This deregistration action should not be construed to have any impact upon any rights that the FDIC may have with respect to the Company or the former savings association, their officers and directors, or any other entities or parties affiliated with either. Furthermore, this deregistration action in no way relieves the company from any existing obligations it had to the thrift at the

Board of Directors
United Western Bancorp, Inc.
Page 2
January 24, 2011

time OTS appointed a receiver, nor does it relieve the holding company or an institution-affiliated party from responsibility for any violations of law or breaches of fiduciary responsibilities.

If you have any questions concerning the foregoing, please call Kevin Corcoran, Deputy Chief Counsel, at (202) 906-6962.

Sincerely,

Philip A. Gerbick
Regional Director

cc:   Lawrence Kaplan, Esq., Paul, Hastings, Janofsky & Walker LLP

Board of Directors
United Western Bancorp, Inc.
Page 3
January 24, 2011


bcc/epdf:   C. Coon
            K. Corcoran
            N. Dyer
            S. Harris
            D. Jenkins-King
            D. Roberts
            Y. Sosa
            K. Swanson
            M. Sweeney
            K. Walter