## Sterbenz, Christopher A.

**From:** Buffone, Samuel J. [sbuffone@BuckleySandler.com]
**Sent:** Tuesday, March 01, 2011 2:42 PM
**To:** Sterbenz, Christopher A.
**Cc:** Auchterlonie, Sarah J; Sandler, Andrew L.; Prieto, Liana; Behre, Kirby D.
**Subject:** RE: United Western Bank v. OTS

Dear Mr. Sterbenz,

Thank you for your inquiry about board resolutions of the United Western Bank Board. Your inquiry follows our conversation yesterday in which we discussed production of the OTS's administrative record. My understanding of your position is that you will not produce or file with the court any portion of the record until disposition of a motion to dismiss that you plan to file challenging plaintiffs' standing. We are anxious to have access to the administrative record and other agency documents that we believe are necessary for this litigation to proceed and are willing to discuss with you a voluntary discovery schedule but are not willing to unilaterally produce documents or respond to formal or informal interrogatories.

**Samuel J. Buffone**
**BuckleySandler LLP**
1250 24th Street, NW, Suite 700
Washington, DC 20037
Tel: (202) 349-7940
Fax: (202) 349-8080
SBuffone@BuckleySandler.com
www.BuckleySandler.com

This message is intended only for the designated recipients. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you received this message in error, please notify the sender by reply e-mail and delete this message. Thank you.

**From:** Sterbenz, Christopher A. [mailto:Christopher.Sterbenz@ots.treas.gov]
**Sent:** Tuesday, March 01, 2011 9:16 AM
**To:** Buffone, Samuel J.
**Cc:** Auchterlonie, Sarah J
**Subject:** United Western Bank v. OTS

Dear Mr. Buffone,

It was a pleasure speaking with your yesterday regarding our case.

Following up that conversation, could you kindly forward to me a copy of the executed board of directors resolution by United Western Bank (as distinguished from the holding company) authorizing the filing of the receivership challenge. Or in the alternative, confirmation that one does not exist. A PDF emailed copy of the board resolution would be fine.

Thank you very much for your courtesy in this matter.

Regards
Chris Sterbenz


Christopher A. Sterbenz
Senior Trial Attorney
Office of Thrift Supervision
U.S. Department of the Treasury

1

1700 G Street, N.W.
Washington, D.C. 20552
(202) 906-6528 (Voice)