IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED WESTERN BANK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 11-cv-408 (ABJ) |
| ) | |
| OFFICE OF THE COMPTROLLER OF ) | |
| THE CURRENCY, *et al*. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

On June 19, 2012, Plaintiff filed a request for oral argument with the Court on the cross-motions for summary judgment. The Plaintiff's submission correctly notes that the decision whether or not to hold oral argument on any motion is a matter for discretion of the Court. LCvR 7(f). Plaintiff's submission incorrectly notes, however, that "all parties agree that oral argument would be helpful in resolving the pending motions." Defendants do not request oral argument and do not believe a further hearing is necessary for the Court to render a final decision on the case. Defendants defer to the Court's judgment as to whether or not it desires such a hearing. Moreover, Defendants do not agree with the suggestion at the second page of Plaintiff's request that an additional "scheduling conference" is necessary. The case is fully briefed and ripe for final decision by the Court.

If the Court decides to hold oral argument on the cross-motions for summary judgment, Defendants are ready to accommodate any medical issues which may involve opposing counsel. Furthermore, Defendants have no issue with the dates described in the Plaintiff's request and are willing to mark further dates off as unavailable based on the needs of opposing counsel's medical treatment, which should take priority. Defendants view opposing counsel's medical concerns as valid and wish him a speedy recovery.

Date: June 20, 2012

        Respectfully submitted,
Julie L. Williams,
    Chief Counsel
Daniel P. Stipano,
    Deputy Chief Counsel
Horace G. Sneed, (MI Bar No. P33434)
    Director, Litigation Division
Gregory F. Taylor,
    Assistant Director, Litigation Division
    DC Bar No. 417096

/s/Christopher A. Sterbenz
Christopher A. Sterbenz,
    Counsel, Litigation Division
    DC Bar No. 437722
    250 E Street, S.W.
    Washington, D.C. 20219
    Telephone: (202) 927-9124
    Facsimile: (202) 874-5279
    2terbenz2er.sterbenz@occ.treas.gov
    *Attorneys for Office of the Comptroller of the Currency and Comptroller Thomas J. Curry*

CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2012 I filed the foregoing on the Court's electronic filing system. To the best of my knowledge all counsel of record will receive service thereby.

/s/Christopher A. Sterbenz