**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED WESTERN BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-cv-00408 |
| v. ) | The Honorable Amy Berman Jackson |
| ) | |
| OFFICE OF THE COMPTROLLER ) | |
| OF THE CURRENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF APPENDIX**

Pursuant to Local Civil Rule 7(n), the parties have agreed upon an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in their memoranda in support of or in opposition to the pending summary judgment motions. That appendix is attached.

Respectfully submitted,

 /s Andrew L. Sandler
Andrew L. Sandler (DC Bar No. 387825)
Samuel J. Buffone (DC Bar No. 161828)
Liana R. Prieto (DC Bar No. 987287)
Michael R. Williams (DC Bar No. 994953)
BUCKLEYSANDLER LLP
1250 24th St., NW, Suite 700
Washington, DC 20037
(202) 349-8001 (Telephone)
(202) 349-8080 (Facsimile)

*Attorneys for Plaintiff United Western Bank*

Dated: June 29, 2012

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of June, 2012, a true copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may also access this filing through the Court's electronic filing system.

                                              /s Liana R. Prieto
                                                Liana R. Prieto