Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 21

For the reasons detailed in this memorandum, including the Institution's overreliance on institutional deposits, the resulting severe liquidity strain, deteriorated asset quality, continuing significant negative operating earnings, and declining capital with no realistic prospects for raising capital, the Institution is in an unsafe and unsound condition to transact business.

The Institution's excessive reliance on four Major Institutional Depositors has placed the Institution in an unsafe and unsound condition to transact business. The Institution is likely to experience a rapid deposit runoff in the near future, due to the anticipated withdrawal of deposits placed with the Institution by the Major Institutional Depositors if the Institution is not recapitalized. The anticipated large outflow of deposits and the Institution's severely limited sources for additional funding of operations threatens the ability of the Institution to pay its obligations or meet its depositors' demands.

The Institution is operating with an insufficient level of capital protection for the volume, type, and quality of assets held by the Institution. The Institution is undercapitalized. Since June 30, 2010, the Institution has been in violation of the requirements contained in the Institution Order to meet and maintain a Tier 1 (core) capital ratio of eight percent (8%) and a total risk-based capital ratio of twelve percent (12%). The Institution is operating with insufficient earnings to augment capital.

The Institution is operating with an excessive amount of adversely classified assets, and the Institution's asset quality has declined significantly. Downgraded securities held by the Institution have required significant write-downs through the income statement and have adversely affected risk-based capital levels. The Institution's earnings have also deteriorated over the last seven quarters and have adversely affected capital.

Therefore, in accordance with 12 U.S.C. § 1821(c)(5)(C), the Acting Director may appoint a receiver for the Institution.

## 2.   The Institution is likely to be unable to pay its obligations or meet its depositors' demands in the normal course of business (12 U.S.C. § 1821(c)(5)(F)).

Pursuant to 12 U.S.C. § 1821(c)(5)(F), the Acting Director may appoint a receiver for a savings association if the savings association is likely to be unable to pay its obligations or meet its depositors' demands in the normal course of business.

As discussed in section III.C.4 of this memorandum, the Institution's declining capital position (including its inability to raise additional capital pursuant to the Investment Agreement or otherwise) has now created an unacceptable risk that one or more of the Major Institutional Depositors will remove its deposits from the Institution. Three of the Major Institutional Depositors have the contractual right to withdraw deposits representing in total approximately 53 percent of the Institution's deposits.

As also discussed in section III.C.4 of this memorandum, the Institution is not in a position to replace these deposits in a manner that will support its obligations. Given the limited and diminishing

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 22

liquidity sources available to the Institution, it is likely that the Institution will not be able to meet its
funding needs in the near future.

Because of these factors, the Institution is likely to be unable to pay its obligations or meet its
depositors' demands in the normal course of business. Therefore, in accordance with 12 U.S.C.
§ 1821(c)(5)(F), the Acting Director may appoint a receiver for the Institution.

3. **The Institution is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and has failed to
submit a capital restoration plan acceptable to the OTS within the time prescribed by
the OTS under 12 U.S.C. § 1831o(e)(2)(D) (12 U.S.C. § 1821(c)(5)(K)(iii)).**

Pursuant to 12 U.S.C. § 1821(c)(5)(K)(iii), the Acting Director may appoint a receiver for an
undercapitalized savings association if it fails to submit a CRP that is acceptable to the OTS within
the time frame prescribed under 12 U.S.C. § 1831o(e)(2)(D). The Institution had notice of its
undercapitalized PCA status as of December 8, 2010, upon filing its TFR for the period ending
September 30, 2010. By letter dated December 13, 2010, the OTS confirmed the Institution's capital
category and required the Institution to file a CRP by December 20, 2010, that would provide for
attaining PCA "adequately capitalized" status. The Institution submitted a CRP on December 20,
2010. On January 18, 2011, the OTS notified the Institution that the CRP was not acceptable for the
reasons described in section III.C.1 of this memorandum. As outlined above, the Institution is
undercapitalized and has failed to submit an acceptable CRP.

Therefore, in accordance with 12 U.S.C. § 1821(c)(5)(K)(iii), the Acting Director may appoint a
receiver for the Institution.

## V.   ENFORCEMENT/SUPERVISORY ACTIONS

OTS has taken the following supervisory or enforcement actions (formal and informal) with respect
to the Institution and UWBK:

| | |
|---|---|
| December 10, 2009 | *UWB and UWBK Memoranda of Understanding (MOU).* UWB and OTS entered into a MOU that required submission of a capital and other business plans and imposed certain other restrictions. This MOU was terminated on June 25, 2010. UWBK and OTS also entered into an MOU on the same date. |
| March 4, 2010 | *Troubled Condition Letters.* OTS transmitted a letter, which designated UWB to be in "troubled condition" and also downgraded its composite rating from a "3" to a "4". The letter included details of the various operating restrictions UWB became subject to related to its "troubled condition." OTS also sent a "troubled condition" letter to UWBK on the same date. |
| March 4, 2010 | *Brokered Deposit Letter.* In a separate letter to the Board of Directors, OTS prohibited UWB from accepting, renewing, or rolling over brokered deposits without the prior non-objection of the Regional Director. |

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 23

| | |
|---|---|
| April 1, 2010 | *Letters re Liquidity Plan.* OTS sent a letter to UWB's Board of Directors requiring a review and approval of a revised contingency liquidity policy and funding plan. UWB submitted a revised plan on April 9, 2010, and another newly revised plan by letter dated July 2, 2010. On December 17, 2010, OTS sent a letter to UWB's Board of Directors indicating that the liquidity plan was insufficient, and requested a revised Liquidity Contingency Plan. The Institution submitted a revised Liquidity Contingency Plan on December 28, 2010. |
| June 25, 2010 | *Order to Cease and Desist.* Action items include: (1) a requirement to meet and maintain a Tier 1 Core Capital ratio equal to or greater than eight percent (8%) and a Total Risk-Based Capital ratio equal to or greater than twelve percent (12%); (2) submission of a Capital Plan and Monthly Capital Plan Variance Reports; (3) submission of a Contingency Plan upon failure to meet required capital ratios; (4) submission of an enhanced Business Plan and Quarterly Business Plan Variance Reports; (5) submission of a Classified Asset Reduction Plan; (6) submission of a Concentration Reduction Plan; (7) restrictions on construction and land loans and investment securities; (8) submission of a Liquidity Contingency Plan and weekly liquidity and cash flow analysis reports; (9) additional restrictions on growth, severance and indemnification payments, employment contracts, third-party contracts, capital distributions, transactions with affiliates, and loans to one borrower; (10) restrictions on brokered deposits; and (11) appointment of a Board Compliance Committee. |
| July 15, 2010 | *Directive regarding institutional deposits.* OTS sent a letter to UWB Board directing UWB to provide notice to OTS if any institutional depositor amends, modifies, or terminates its contract with UWB or makes a withdrawal of 5 percent or more of the institutional depositor's total deposits at UWB. |
| July 15, 2010 | *Directive regarding Contingency Plan.* OTS sent a letter to UWB Board directing the Board to submit a liquidity contingency plan pursuant to Paragraph 8 of the Institution Order. |
| December 13, 2010 | *PCA Notice.* OTS sent a notice to UWB Board confirming the Institution's undercapitalized status and directing the Bank to comply with the mandatory restrictions for undercapitalized institutions and to file a capital restoration plan meeting certain criteria by a designated date. |
| December 13, 2010 | *Directive Relating to Employee Benefit Plan Deposits.* OTS sent a letter to UWB Board informing the Institution of the statutory prohibition on acceptance of employee benefit plan deposits and directing the Institution to identify its employee plan deposits and a plan to comply with the statutory restriction. |
| December 13, 2010 | *Directive Relating to Institutional Deposits.* OTS sent a letter to UWB Board directing the Institution not to waive, amend, or terminate contracts with any Institutional Depositor to allow such depositors to maintain with the Institution an amount less than the minimum dollar amount of deposits that is currently required to be maintained with the Association. |

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 24

| December 21, 2010 | *Directive Relating to Liquidity Contingency Plan.* OTS sent a letter to UWB Board directing the Institution to submit a revised liquidity contingency plan that complies with Paragraph 22 of the Institution Order and applicable regulatory guidance, and addresses the full range of potential impact of the contractual arrangements with the Institutional Depositors on the Institution's liquidity, including worse case scenarios. On December 29, 2010, OTS issued a letter to UWB requiring immediate clarification regarding a number of issues raised by the LCP. UWB responded on December 30, 2010. |
|---|---|

## VI.   CONCLUSION

Statutory grounds exist for the appointment of a receiver for the Institution. We believe that the appointment of a receiver for the Institution will protect the interests of the Institution's depositors and the Deposit Insurance Fund. Therefore, we recommend that the Acting Director take action to appoint the FDIC as receiver for the Institution.

## VII.   CONTACTS

The following personnel are available to answer any additional questions about this matter:

| | |
|---|---|
| Philip A. Gerbick, Regional Director | (972) 277-9650 |
| Gary A. Scott, Regional Deputy Director | (972) 277-9548 |
| Nicholas J. Dyer, Assistant Director | (650) 746-7025 |
| Steven J. Harris, Financial Analyst | (650) 746-7048 |
| Clay Coon, Senior Attorney | (650) 746-7042 |
| James Hendriksen, Regional Counsel | (972) 277-9623 |
| Kevin B. Swanson, Field Manager | (650) 746-7066 |
| Walt Santos, Examiner | (925) 301-7074 |

## VIII.   EXHIBITS

Exhibit 1:    10/15/2007, Institution; *Report of Examination (ROE)*
Exhibit 2:    10/15/2007, United Western Bancorp, Inc. (UWBK); *ROE*
Exhibit 3:    03/30/2009, Institution; *ROE*
Exhibit 4:    03/30/2009, UWBK; *ROE*
Exhibit 5:    12/10/2009, Institution; *Memorandum of Understanding*
Exhibit 6:    12/10/2009, UWBK; *Memorandum of Understanding*
Exhibit 7:    12/17/2009, Letter from OTS (Dyer) to Institution (CEO, Wetzel); *Supervisory Directive (Classifying Below Investment-Grade Securities)*
Exhibit 8:    01/11/2010, Institution ROE; *Ratings Downgrade to "4" for Capital, Asset Quality, Management and Earnings; Ratings Downgrade to "3" for Sensitivity*
Exhibit 9:    01/11/2010, Letter from OTS (Lee) to BOD, Institution; *15-Day Civil Money Penalty Letter*

44

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 25

| | | |
|---|---|---|
| Exhibit 10: | 03/04/2010, | Letter from OTS (Lee) to BOD, Institution; *Ratings Downgrade and Troubled Condition Designation* |
| Exhibit 11: | 03/04/2010, | Letter from OTS (Lee) to BOD, Institution; *Supervisory Directive (Brokered Deposits)* |
| Exhibit 12: | 03/04/2010, | Letter from OTS (Lee) to BOD, UWBK; *Troubled Condition Designation* |
| Exhibit 13: | 03/05/2010, | Letter from OTS (Dyer) to BOD, Institution; *Supervisory Directive (Refiling of 12/31/2009 Thrift Financial Report (TFR))* |
| Exhibit 14: | 03/31/2010, | UWBK Form 10-Q |
| Exhibit 15: | 04/01/2010, | Letter from OTS (Chow) to BOD, Institution; *Supervisory Directive (Enhanced Liquidity Contingency Plan Submission)* |
| Exhibit 16: | 06/10/2010, | Letter (with Exhibits) from Institution (Peoples) to FDIC (Elmquist); *RE: Brokered Deposit Waiver Request Pursuant to 12 U.S.C. § 1831(c) and 12 C.F.R. § 337.6(c) by United Western Bank, Denver, Colorado* |
| Exhibit 17: | 06/22/2010, | Institution ROE; *Downgrades Liquidity Rating to "5"* |
| Exhibit 18: | 06/25/2010, | Institution Order to Cease and Desist (WN-10-019) |
| Exhibit 19: | 06/25/2010, | UWBK Order to Cease and Desist (WN-10-020) |
| Exhibit 20: | 06/25/2010, | Letter from OTS (Quigley) to Institution and UWBK (BODs); *OTS's Response to Bank/Bancorp's 6/23/2010 Letter* |
| Exhibit 21: | 07/02/2010, | Letter from Institution (Peoples) to OTS (Quigley/Dyer); *Re: Order to Cease and Desist against United Western Bancorp, Inc. (the "Company Order to Cease and Desist Order") and Order to Cease and Desist against United Western Bank (the "Bank Cease and Desist Order")* |
| Exhibit 22: | 07/02/2010, | Letter from PaulHastings (Kaplan) to OTS (Quigley/Dyer); *Re: United Western Bank (summary of 6/30/2010 meeting with OTS and FDIC)* |
| Exhibit 23: | 07/15/2010, | Letter from OTS (Gerbick) to Institution (BOD); *Supervisory Directive (Institutional Deposits)* |
| Exhibit 24: | 07/15/2010, | Letter from OTS (Gerbick) to Institution (BOD); *Supervisory Directive (Contingency Plan and Capital Deadline Extension Requests)* |
| Exhibit 25: | 07/30/2010, | Letter from Institution (Peoples) to FDIC (Elmquist); *RE: Brokered Deposit Waiver Request Pursuant to 12 U.S.C. § 1831f(c) and 12 C.F.R. § 337.6(c) by United Western Bank, Denver, Colorado* |
| Exhibit 26: | 08/05/2010, | Letter from NASDAQ to UWBK (Hirsch); *re: UWBK's non-compliance with "Listing Rules" and maintaining minimum closing bid price of $1.00* |
| Exhibit 27: | 08/05/2010, | UWBK 8-K (notification of non-compliance; company's stock did not maintain minimum closing bid price of $1.00) |
| Exhibit 28: | 09/30/2010, | Institution 5-Quarter UTPR for the Quarter-Ended 201009 |
| Exhibit 29: | 09/30/2010, | Institution 3-Year UTPR for the Quarter-Ended 201009 |
| Exhibit 30: | 09/30/2010, | Institution Thrift Docket Report for the Quarter-Ended 201009 |
| Exhibit 31: | 10/28/2010, | *Investment Agreement* by and among UWBK, Oak Hill Capital Partners III, L.P.; Oak Hill Capital Management Partners III, L.P.; Lovell Minnick Equity Partners III LP; Lovell Minnick Equity Partners III-A LP; Legent Group, LLC; and Henry C. Duques |

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 26

Exhibit 32:     11/04/2010, Letter for FDIC (Owens) to Buckley Sandler LLP (Sandler); *Re:*
                *United Western Bancorp and United Western Bank, Denver, Colorado;*
                *Potential Stock Offering*

Exhibit 33:     11/04/2010, Letter from OTS (B. Lee) to Hunton & Williams LLP (Blayney);
                *response to Institution's request to purchase Legent Clearing LLC and*
                *conduct new activities through an operating subsidiary*

Exhibit 34:     11/05/2010, Letter from FDIC (Elmquist) to Institution (Peoples); *Re: Brokered*
                *Deposits Determination*

Exhibit 35:     11/05/2010, Letter from PaulHastings (Kaplan) to OTS (Bowman)/FDIC
                (Thompson)*; Re: United Western Bank, Denver, Colorado -- Regulatory*
                *Roadmap to Completion*

Exhibit 36:     11/09/2010, Letter from Institution (Peoples) to OTS (Gerbick/Dyer); *Re:*
                *Issuance of Order to Cease and Desist regarding United Western*
                *Bancorp, Inc., OTS Docket No. H2192*

Exhibit 37:     11/11/2010, Letter from Buckley Sandler LLP (Sandler) to FDIC (Thompson);
                *Re: United Western Bank, Denver, Colorado [Brokered Deposit*
                *Determination Disagreement]*

Exhibit 38:     11/16/2010, Letter from NASDAQ to UWBK (McCloskey); *re UWBK's*
                *non-compliance with filing its Quarterly Form 10-Q*

Exhibit 39:     11/16/2010, UWBK; 8-K and Press Release (notification of non-compliance
                -- did not timely file Quarterly Report on Form 10-Q)

Exhibit 40:     11/17/2010, Institution and UWBK's Presentation to OTS

Exhibit 41:     11/24/2010, Letter from Institution (Peoples) to OTS (Gerbick) and FDIC
                (Elmquist); *addressing consequences of adverse agency determinations to*
                *outstanding issues*

Exhibit 42:     11/29/2010, Letter with exhibits from Institution (Peoples) to OTS (Gerbick) and
                FDIC (Elmquist); *Re: United Western Bank*

Exhibit 43:     12/03/2010, Letter from OTS (Gerbick) to Institution (BOD, Peoples) and UWBK
                (BOD, Gibson); *Re: Letter from James R Peoples to Philip A. Gerbick and*
                *Kristie K. Elmquist Dated November 29, 2010 (November 29 Letter)*

Exhibit 44:     12/03/2010, Memorandum (with exhibits) from AD Dyer to RD Gerbick; *Subject:*
                *Recommendation re OTTI*

Exhibit 45:     12/09/2010, Letter from Institution (Peoples) to FDIC (Stanton/Elmquist); *Re:*
                *United Western Bank – Proposed Marketing Resolution*

Exhibit 46:     12/13/2010, Letter with attachments from OTS (Gerbick) to Institution (BOD);
                *(1) Notification that United Western Bank if Undercapitalized;*
                *(2) Requirement to File Capital Restoration Plan by December 20, 2010;*
                *and (3) Restrictions and Requirements Imposed Upon United Western Bank*

Exhibit 47:     12/13/2010, Letter from OTS (Gerbick) to Institution (BOD); *Directive Relating*
                *to Employee Benefit Plan Deposits*

Exhibit 48:     12/13/2010, Letter from OTS (Gerbick) to Institution (BOD); *Directive Relating*
                *to Institutional Deposits*

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 27

Exhibit 49:   12/14/2010, Letter from PaulHastings (Kaplan) to OTS (Roberts/Jenkins-King/
              Coon); *Re: Request to Release Confidential Unpublished OTS
              Information of United Western Bank, Denver, Colorado [to Lovell
              Minnick]*

Exhibit 50:   12/15/2010, Letter from Institution (Peoples) to OTS (Gerbick/Dyer); *Re: United
              Western Bank – Directive Relating to Employee Benefit Plan Deposits*

Exhibit 51:   12/20/2010, Letter from Institution (Peoples) to OTS (Gerbick); *Re: Capital
              Restoration Plan of United Western Bank, Denver, Colorado*

Exhibit 52:   12/20/2010. Letter from Institution (Peoples) to OTS (Santos); *RE: Income Tax
              Receivable*

Exhibit 53:   12/21/2010, Letter from OTS (Gerbick) to BOD (Peoples), Institution; *Directive
              Relating to Liquidity Contingency Plan*

Exhibit 54:   12/28/2010, Letter (with exhibits) from Institution (Peoples) to OTS (Gerbick);
              *Re: United Western Bank – Directive on Liquidity Plan*

Exhibit 55:   12/29/2010, Letter from OTS (Gerbick) to Institution (BOD, Peoples); *Letter
              transmitting Limited ROE, Ratings Downgrade to "5"*

Exhibit 56:   12/29/2010, Letter from OTS (Gerbick) to UWBK (BOD, Gibson); *Letter
              transmitting Limited ROE; Ratings Downgrade to "5"*

Exhibit 57:   12/29/2010, Letter from OTS (Gerbick) to Institution (BOD, Peoples); *Re: Request
              for Non-Objection to Controlled Asset Growth as of December 31, 2010*

Exhibit 58:   12/29/2010, Letter from OTS (Dyer) to Institution (BOD ,Peoples); *Re: Revised
              Liquidity Contingency Plan*

Exhibit 59:   12/29/2010, Letter from UWBK (McCloskey) to OTS (Gerbick) and FDIC
              (Elmquist); *Re: United Western Bancorp, Inc. capital formation efforts*

Exhibit 60:   01/04/2011, Letter from Buckley Sandler LLP (Sandler) to FDIC (Thompson);
              *Re: United Western Bank – Request for Material Supervisory
              Determination*

Exhibit 61:   01/05/2011, Institution Consolidated, Capital Ratios from Institution BOD package

Exhibit 62:   01/05/2011, Institution Legent Deposits and Asset Under Custody

Exhibit 63:   01/05/2011, OTS Exception Sheet Number 6; *Subject: OTS C&D Order;
              Transactions With Affiliates, Loans to One Borrower*

Exhibit 64:   05/12/2010, UWB *Presentation to Office of Thrift Supervision*

Exhibit 65:   09/30/2010, Holding Company Document Print

Exhibit 66:   01/10/2011, Letter from UWBK (McCloskey) to OTS (Gerbick) and FDIC
              (Elmquist); *Re: United Western Bancorp, Inc. capital formation efforts*

Exhibit 67:   01/06/2011, Letter from Institution (Hirsh) to OTS (Gerbick); *Re: Debt Limitations/
              Restrictions*

Exhibit 68:   09/16/2010, Institution; *Presentation to Office of Thrift Supervision*

Exhibit 69:   11/17/2010, Institution; *Presentation to the Office of Thrift Supervision and Federal
              Deposit Insurance Corporation*

Exhibit 70:   01/05/2011, Institution; *Board Package Excerpts*

Exhibit 71:   01/13/2011, Institution; *Daily Liquidity Analysis*

Exhibit 72:   06/27/2009, *Amended and Restated Subaccounting Agreement among Equity Trust
              Company, Equity Administrative Services Inc., and Sterling Administrative
              Services LLC and UWB, with subsequent amendments*

47

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 28

| | |
|---|---|
| Exhibit 73: | 02/01/2010, *Subaccounting Agreement between Lincoln Trust Company and UWB, with subsequent amendments* |
| Exhibit 74: | 07/05/2007, *Third Amended and Restated Administrative Services Agreement among Matrix Settlement and Clearance Services, L.L.C., MG Colorado Holdings, Inc., and UWB, with subsequent amendments* |
| Exhibit 75: | 08/18/2010, *Subaccounting Agreement between Legent Clearing LLC and UWB, with subsequent amendments* |
| Exhibit 76: | 04/26/2010, *Amended and Restated Omnibus Subaccounting Agreement between United Western Trust Company and UWB, with subsequent amendments* |
| Exhibit 77: | 05/10/1999, *Subaccounting Services Agreement between Trust Management Inc. and UWB* |
| Exhibit 78: | 11/18/2008, *Broker-Dealer Money Market Deposit Account Agreement between Deutsche Bank Trust Company Americas and Legent Clearing LLC* |
| Exhibit 79: | 09/01/2006, *Charter and Bylaws of UWB* |
| Exhibit 80: | 12/03/2010, Letter from OTS (Gerbick) to Institution (Peoples); *Re: Directive to Reflect Additional OTTI Charges* |
| Exhibit 81: | 09/30/2008, UWBK Form 10-Q |
| Exhibit 82: | 06/30/2009, UWBK Form 10-Q |
| Exhibit 83: | 12/22/2010, Letter from Institution (Peoples) to OTS (Gerbick); *Re: Removal of MSCS Deposits* |
| Exhibit 84: | 12/30/2010, Letter from Institution (Peoples) to OTS (Gerbick); *Re: Response to OTS 12/29/2010 Request for Clarification* |
| Exhibit 85: | 05/24/2010, Letter from FDIC (Elmquist) to Institution (Peoples); *Re: Deposit Agreements* |
| Exhibit 86: | 12/06/2010, Letter from PaulHastings (Kaplan) to FDIC (Elmquist); *Re: Restructuring of Deposit Arrangements* |
| Exhibit 87: | 12/31/2009, UWBK Form 10-K |
| Exhibit 88: | 12/02/2010, Letter from Institution (Peoples) to OTS (Gerbick) and FDIC (Elmquist); *Attaching NASDAQ OMX determination related to NASDAQ Market Listing Rule 5635(f)* |
| Exhibit 89: | 01/13/2011, Letter from PaulHastings (Kaplan) to FDIC (Elmquist); *Re: United Western Bank -- Notice Pursuant to 12 U.S.C. § 1828(m)* |
| Exhibit 90: | 01/11/2011, Letter from UWBK (McCloskey) to OTS (Gerbick) and FDIC (Elmquist); *Updated Capital Formation Efforts and Results* |
| Exhibit 91: | 09/30/2009, Institution 5-Quarter UTPR for the Quarter-Ended 200909 [submitted 11/1/2009] |
| Exhibit 92: | 01/11/2011, Letter from UWBK (Peoples) to OTS (Gerbick); *Re: Issuance of Order to Cease and Desist regarding United Western Bancorp. Inc. OTS Docket No. H2192* |
| Exhibit 93: | 01/07/2011, Letter from FDIC (Meade) to Institution (Peoples); *Subject: Bank's Proposed Filing to Acquire Legent Clearing, LLC, Omaha, Nebraska ("Filing")* |

Appendix

Western Region Receivership Recommendation
United Western Bank, Denver, CO (OTS No. 06679)
January 19, 2011
Page 29

| | |
|---|---|
| Exhibit 94: | 01/18/2011, Memorandum from Gerbick to Gardineer; *Subject: United Western Bank (OTS No. 06679), Denver, Colorado, NATS No. R4-2010-0228; Application to Establish an Operating Subsidiary to Engage in Securities Clearing & Related Services via Acquisition of Legent Clearing LLC* |
| Exhibit 95: | 01/18/2011, OTS Order No. 2011-02; *Denial of Operating Subsidiary Application* |
| Exhibit 96: | 01/18/2011, Letter from OTS (Gerbick) to Institution (BOD, Peoples); *Re: (1) Notice of Capital Restoration Plan; and (2) Notice of Denial of Proposed Business Plan* |
| Exhibit 97: | 01/18/2011, *Capital Restoration Plan Review and Decision* |
| Exhibit 98: | 01/18/2011, *Revised Business Plan Review and Decision* |
| Exhibit 99: | 01/18/2011, *Enforcement Review Committee Executive Summary for Enforcement Action Taken* |
| Exhibit 100: | 01/19/2011, Letter from Institution (Peoples) to OTS (Bowman); *Re: OTS Denial of CRP and Denial of Legent Clearing application* |

Attached Exhibits (100)

cc:     Kristie K. Elmquist, Acting Regional Director (w/o Exhibits)
        Federal Deposit Insurance Corporation
        1601 Bryan Street
        Dallas, TX 75201

        Stephen C. Zachary, Regional Counsel (w/Exhibits via Electronic Mail)
        Federal Deposit Insurance Corporation
        1601 Bryan Street
        Dallas, TX 75201

        OTS Washington
        John E. Bowman, Acting Director (w/o Exhibits)
        Deborah Dakin, Acting Chief Counsel (w/o Exhibits)
        Lori J. Quigley, Assistant Deputy Director (w/Exhibits via Electronic Mail)
        Kevin A. Corcoran, Deputy Chief Counsel/Business Transactions
              (w/Exhibits via Electronic Mail)
        Dirk I. Roberts, Deputy Chief Counsel/Litigation (w/Exhibits via Electronic Mail)
        Susan L. Chomicz, Deputy Chief Counsel/Enforcement (w/Exhibits via Electronic Mail)
        Gary Jeffers/Business Transactions (w/Exhibits via Electronic Mail)

        OTS Western Region
        Philip A. Gerbick, Regional Director (w/Exhibits)
        Gary A. Scott, Regional Deputy Director (w/o Exhibits)
        Permanent File (w/Exhibits)
        Nicholas J. Dyer (w/o Exhibits)
        Steve Harris (w/o Exhibits)
        Clay Coon/Legal Department Institution File (w/Exhibits)

Appendix