

# REPORT OF EXAMINATION

October 15, 2007

**United Western Bank**
700 17th Street, Suite 100
Denver, CO
Docket Number: 06679

| | |
|---|---|
| **OTS Region:** | West |
| **Type of Examination:** | Comprehensive Federal Exam with Regular Scope |
| **Examination (Start) Date:** | 10/15/2007 |
| **Examination Completion Date:** | 01/23/2008 |
| **Subordinate Organizations Examined:** | None |

### Prohibition of Disclosure or Release

This document is the property of the Office of Thrift Supervision. OTS furnishes this document to the institution for its confidential use. Except as provided in 12 C.F.R. Section 510.5, the institution's directors, officers, or employees may not disclose the report, or any portion of it, to unauthorized persons or organizations. Unauthorized persons or organizations include anyone not officially connected with the institution as an officer, director, employee, attorney, auditor, independent auditor, or parent holding company.

If the institution receives a subpoena or other legal process calling for production of this document, notify the Regional Director immediately. Advise the attorney and, if necessary, the court of the above prohibition and refer them to 12 C.F.R. Section 510.5.



**Office of Thrift Supervision**
Department of the Treasury                                              *West Region*

San Francisco Office• (650) 746-7000 • Fax: (650) 746-7001
Pacific Plaza, 2001 Junipero Serra Boulevard, Suite 650, Daly City, California 94014
P.O. Box 7165, San Francisco, California 94120-7165

February 21, 2008

Board of Directors
United Western Bank
700 17th Street, Suite 100
Denver, CO 80202

Members of the Board:

As required by 12 C.F.R. Section 563.170, we performed a risk-focused examination of United Western Bank. The examination began on October 15, 2007.

The comments that follow summarize conditions, policies, practices, and trends that affect the institution's financial condition. We also summarize other major items of concern, not necessarily related to financial condition. All matters of criticism, violations of laws and regulations, and other matters of concern identified within this Report of Examination require the Board of Directors' and management's prompt corrective action.

Information contained in the supporting schedules of this report is from the institution's books and records. The examiner based the comments and conclusions in this report on an analysis of information obtained from the institution's records and from other authoritative sources. OTS prepared this report for supervisory purposes and you should not consider it an audit report.

Please review the report in its entirety at your next meeting, adopt any corrective actions called for, and note your review and actions in the minutes of that meeting. You need not prepare or send OTS a written response to the report.

If you have any questions, please call me at (650) 746-7025. If I am unavailable, please call Field Manager Kevin Swanson at (650) 746-7066.

Sincerely,

Nicholas J. Dyer
Assistant Director

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Signatures of Directors

We, the undersigned directors of United Western Bank, have personally reviewed the contents of the report of examination.

**Signature**                                                                 **Date**

_____                               _____
Scot T. Wetzel

_____                               _____
William D. Snider

_____                               _____
Dennis R. Santistevan

_____                               _____
Gary G. Petak

_____                               _____
Benjamin C. Hirsh

_____                               _____
Charles J. Berling

_____                               _____
Dr. James H. Bullock

_____                               _____
Bernard C. Darre'

Note:   This form should remain attached to the report of examination and be retained in the institution's file for review during subsequent examinations. The signature of committee members will suffice only if the committee includes outside directors and a resolution has been passed by the full board delegating the review to such committee.

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Table of Contents

**OVERVIEW** ..................................................................................................................................... 1
  EXAMINATION CONCLUSIONS AND COMMENTS ................................................................. 1
  MATTERS REQUIRING BOARD ATTENTION ........................................................................ 5

**CAMELS SECTIONS** ................................................................................................................... 6
  CAPITAL ADEQUACY ........................................................................................................... 6
  ASSET QUALITY .................................................................................................................. 9
  MANAGEMENT / ADMINISTRATION ................................................................................... 17
  EARNINGS .......................................................................................................................... 22
  LIQUIDITY ........................................................................................................................... 26
  SENSITIVITY TO MARKET RISK .......................................................................................... 31

**COMPLIANCE** ............................................................................................................................ 34

**FINANCIAL AND OTHER DATA** ................................................................................................ 38
  COMPARATIVE STATEMENT OF FINANCIAL CONDITION .................................................. 38
  ANALYSIS OF EARNINGS ................................................................................................... 40
  CAPITAL CALCULATIONS ................................................................................................... 41
  SUMMARY OF ITEMS SUBJECT TO ADVERSE CLASSIFICATION & SUMMARY OF ASSETS LISTED AS SPECIAL MENTION ... 42
  DIRECTORS, SENIOR EXECUTIVE OFFICERS, AND ATTORNEYS ...................................... 43
  CONCENTRATIONS ............................................................................................................ 45
  RATING DEFINITIONS ......................................................................................................... 46

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Examination Conclusions and Comments

|  | Current Examination 10/15/2007 | Previous Examinations 07/10/2006 | Previous Examinations 07/25/2005 |
|---|---|---|---|
| Composite Uniform Financial Institution Rating | 2 | 2 | 2 |
| **Component Ratings:** | | | |
| Capital Adequacy | 2 | 2 | 2 |
| Asset Quality | 2 | 2 | 2 |
| Management | 2 | 2 | 2 |
| Earnings | 2 | 3 | 3 |
| Liquidity | 2 | 2 | 2 |
| Sensitivity to Market Risk | 2 | 2 | 2 |

|  | Current Examination 10/15/2007 | Previous Examinations 07/10/2006 | Previous Examinations 07/25/2005 |
|---|---|---|---|
| Compliance Rating | 2 | 2 | 2 |

We commenced a regular comprehensive examination of United Western Bank (UWB) on October 15, 2007. We conducted the examination concurrently with our review of United Western Bancorp (UWBK), the holding company of the insured thrift. You will be sent a separate Report of Examination for the holding company.

The examination covered the 15-month period ending June 30, 2007. However, we also included in our review significant developments that occurred subsequent to the formal review period. Financial data is primarily as of June 30, 2007, but we supplemented it with data from the quarter ended September 30, 2007. The peer group used in comparisons with UWB includes all OTS-regulated institutions with $1 billion to $5 billion in total assets.

As of June 30, 2007, UWB had $2.0 billion in total assets. Although it remains at the same size as it was at the time of our last examination, the institution is changing the composition of its asset base as it follows the community banking strategy adopted in late 2005 and early 2006. While wholesale single-family mortgages run off, the bank is primarily originating construction, land, commercial real estate, and non-mortgage commercial loans. This community bank lending includes a large amount of Small Business Administration (SBA) credits. After reaching a peak during the review period, the very significant non-Agency mortgage security portfolio is now declining in size.

Under its community banking strategy, UWB is also adding branch deposits to its liability mix. The growth of community bank deposits, however, is not as rapid as the growth of community bank assets. The primary sources of funding remain institutional custodial deposits (both from affiliated and non-affiliated entities) and Federal Home Loan Bank (FHLB) advances.

1

| | |
|---|---|
| Office of Thrift Supervision | Examination Date:  10/15/2007 |
| Report of Examination | Docket Number:  06679 |

## Examination Conclusions and Comments (continued)

**Safety and Soundness Conclusions**

The bank's capital level is satisfactory relative to its risk profile. Under the FDICIA PCA standards, the institution is "well capitalized." Earnings were sufficient to allow UWB to resume dividend payments to its holding company in 2007 while still increasing the core capital ratio over the review period. The change in asset composition caused the risk-based ratios to decline slightly. The institution has concentrations in its growing community banking portfolio, in its investment in mortgage securities, and in its institutional deposit relationships. Management must remain cognizant of these concentrations and continue to maintain a prudent level of capital above the "well capitalized" standards.

The institution's asset quality is satisfactory. Even though there was an increase in the amount of delinquent single-family mortgages in the wholesale serviced-by-others (SBO) portfolio in early 2007, the overall level of problem assets declined over the review period and is now more nearly on par with the peer group. Management has identified the SBO mortgages as a potential area of risk and is working to improve its monitoring of the portfolio. During the examination we made our own recommendations for enhancements. Recognizing that the current conditions in mortgage and credit markets pose potential risk to the institution's large holdings of mostly non-Agency, AAA-rated mortgage-backed-securities (MBS) and collateralized mortgage obligations (CMOs), management is tracking the ratings of these securities and the performance of the underlying collateral. (The collateral includes a significant amount of interest-only loans and a lesser amount of negative amortization loans.) We request that management begin to provide us quarterly an assessment of the trends and risks in the portfolio and of any need to provide reserves or to allocate additional capital.

UWB's internal asset review system (IAR) is effective. Lending policies, procedures, and loan underwriting practices are satisfactory, with no major deficiencies in community bank lending activities. As of June 30, 2007, both the Allowance for Loan and Lease Losses (ALLL) and other reserves are adequate. We expect, however, that management will continue to carefully evaluate its reserve requirements on the single-family, mortgage security, and community banking portfolios in light of loss experience and changing economic conditions.

Board and management performance and risk management practices are satisfactory. The institution has further strengthened its executive management and has continued to build its community banking structure. Audit oversight of operations is adequate. Management has implemented the "corrective actions" identified in our prior examination and is in the process of addressing the deficiencies we noted in our current review. Management is working to resolve issues with the new core computer operating system adopted in 2007.

2

| | |
|---|---|
| Office of Thrift Supervision<br>Report of Examination | Examination Date:    10/15/2007<br>Docket Number:              06679 |

## Examination Conclusions and Comments (continued)

UWB has a written compliance risk management program that is effective and tailored to its business strategy, operational complexity, and risk profile. The program adequately manages the institution's compliance, legal, and reputation risks and addresses each of the SMAART compliance management program components. (See Compliance Conclusion and the Compliance section of this report.)

After marked improvement over the review period, UWB's earnings are now satisfactory. Interest spread and margin have increased dramatically as the institution has added higher yielding assets under its community banking strategy. Additionally, the institution has moderately reduced its cost of funds by lowering pricing on its institutional deposits, shedding higher-cost FHLB advances, and adding branch deposits and reverse repurchase agreement borrowings. The increase in interest margin has exceeded the rise in G&A costs arising from the building of the new community banking organization. As a result, core earnings have grown healthily over several quarters and have diminished the institution's reliance on non-recurring income. There are still some elements of volatility, as both the LOCOM adjustment on the held-for-sale single-family mortgage portfolio and the gains on security sales have varied significantly. The community banking strategy, however, has enhanced the reliability of earnings.

Given the size and complexity of the institution, liquidity and cash flow practices are adequate and effective. Liquidity sources are satisfactory. While UWB continues to face risk from its concentration in institutional deposits, contractual agreements with some of the largest of these depositors help protect the institution's liquidity position and would allow management time to obtain additional funds. The institution has significant unused borrowing capacity at the FHLB that allows flexibility in the pricing of institutional deposits. (By lowering rates, the institution induced an outflow of $235 million of these funds in the third quarter of 2007. UWB replaced the deposits with lower-cost FHLB advances.) As part of its community banking strategy, the institution is aiming to reduce its reliance on institutional deposits. They, however, are likely to remain the dominant part of the liability base for a long period.

Interest rate risk is adequately controlled. The institution's level of exposure, based on both the OTS and internal models, is minimal. Policies and procedures for monitoring and limiting interest rate risk at UWB are satisfactory. A strategy of better matching asset and liability durations has reduced interest rate sensitivity over our last two review periods. The further decline in the balance of the mortgage-servicing asset (MSA) has contributed to lower IRR in declining interest rate scenarios.

**Safety and Soundness Rating**

Based upon the results of this examination, we assigned a rating of "2" for Safety and Soundness. See the end of this report for a complete definition of the ratings.

3

| | |
|---|---|
| Office of Thrift Supervision<br>Report of Examination | Examination Date:   10/15/2007<br>Docket Number:   06679 |

### Examination Conclusions and Comments (continued)

**Compliance Conclusions**

The compliance management program incorporates the OTS-recommended approach to compliance management known as "SMAART" (Systems, Monitoring, Assessment, Accountability, Response, and Training). Systems and procedural controls have been established for ensuring transactions are conducted in compliance with legal obligations, and they continue to be upgraded by management. Monitoring processes effect daily supervision of compliance systems that extend enterprise-wide for BSA/AML. We found assessments of the program's effectiveness to be comprehensive and occurring regularly, with results communicated timely to the Board. Internal Audit and Compliance Department audits have been integral to compliance being managed SMAART. Response to internal audit and examiner findings is appropriate.

Accountability for compliance performance is appropriately defined. While the Compliance Committee is responsible for the program's coordination and oversight, each department, branch, and functional manager will be accountable for compliance in its own area. Each employee is responsible for ensuring their own work complies with the regulations as they relate to the employee's position and responsibilities. Training in compliance requirements, systems and technology is comprehensive and recurrent. Training for all employees is tracked and if the required training is not completed, the employees pay raise is negatively affected.

**Compliance Rating**

Based on the institution's adequate compliance management position and adequate compliance management program, we assigned a Compliance rating of "2." We assigned this rating in accordance with the ratings definitions at the end of this report.


/s/   Steven J. Harris
      Safety and Soundness Examiner-in-Charge

/s/   Mary Suzanne Clark, F.C.R.
      Compliance Examiner-in-Charge

/s/   Kevin B. Swanson, F.T.R, F.Tr.R.
      Field Manager

| | |
|---|---|
| Office of Thrift Supervision<br>Report of Examination | Examination Date:   10/15/2007<br>Docket Number:        06679 |

## Matters Requiring Board Attention

The examiner's review disclosed no matters requiring a written response from the board of directors; however, the board is responsible for the adoption and implementation of any corrective actions called for in other sections of this report.

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Capital Adequacy

*Capital adequacy is evaluated in relation to supervisory guidelines, the nature and extent of risks to the organization, and the ability of management to address these risks; consideration is given to the level and quality of capital and overall financial condition of the institution; the nature, trend and volume of problem assets and the adequacy of the allowance for loan and lease losses and other valuation reserves; risk exposures presented by off-balance sheet activities; quality and strength of earnings; balance sheet composition, including the nature and amount of intangible assets, market risk, concentration risk, and nontraditional activity risk; growth experiences, plans, and prospects; reasonableness of dividends; access to capital markets and other appropriate sources of financial assistance; and ability of management to address emerging needs for additional capital.*

**Component Rating:** 2

### Conclusion

- Capitals levels are satisfactory relative to the institution's risk profile and regulatory requirements.
- Risk-based capital ratios declined due to changes in asset composition.
- The institution resumed dividend payments to the holding company in 2007.

### Comments and Supporting Analysis

**Capital Levels and Trends**

Despite declining risk-based capital ratios, the institution remained "well capitalized" (according to FDICIA standards) during the review period. Although the leverage ratio improved, it remained well below peer. The following table illustrates the trend in the institution's capital ratios compared to those of the peer group median since the prior examination:

|                        | Jun-07 |       | Mar-07 |       | Dec-06 |       | Sep-06 |       | Jun-06 |       |
|------------------------|--------|-------|--------|-------|--------|-------|--------|-------|--------|-------|
|                        | UWB    | Peer  | UWB    | Peer  | UWB    | Peer  | UWB    | Peer  | UWB    | Peer  |
| Total Risk-Based       | 14.38  | 12.88 | 15.11  | 13.56 | 15.70  | 13.42 | 15.77  | 13.60 | 15.01  | 13.26 |
| Tier 1 (Core) Risk-Based | 13.69 | 12.05 | 14.44  | 12.33 | 14.88  | 12.45 | 15.07  | 12.47 | 14.37  | 12.49 |
| Tier 1 (Core) Leverage | 7.26   | 8.82  | 7.10   | 8.85  | 6.82   | 8.50  | 6.51   | 8.57  | 6.36   | 8.49  |

*Source: Five Quarters UTPR June 30, 2007 with peer group data for the 69 institutions nationwide between $1 billion and $5 billion*

While assets declined 4.85 percent, growth in retained earnings increased equity capital 8.22 percent. Such a trend would normally lead to increasing capital ratios. However, the change in the composition of the risk weightings offset the impact of that relationship, and risk-based capital ratios declined. During the review period there was a significant increase in assets risk-weighted at 100 percent while the percent of assets in the zero percent, 20 percent and 50 percent categories declined.

Several factors contributed to the shift in the risk weightings. Under the community banking strategy, run-off and some sales significantly reduced the size of the 50 percent risk-weighted wholesale single-family portfolio. At the same time, the institution originated and held 100 percent

6

## Capital Adequacy (continued)

risk-weighted construction, land, commercial real estate, and non-mortgage commercial loans. Except for the guaranteed portion, SBA loans in these categories were also 100 percent risk-weighted. This change in balance sheet composition caused a 27 percent decline in assets risk-weighted at 50 percent and an almost 63 percent increase in assets risk weighted at 100 percent. Additionally, investment in government securities declined over 18 percent, causing a decrease in the zero percent category. A fall in investment in mortgage backed securities and claims on FHLBs led to a 7.5 percent reduction in the 20 percent category between June 2006 and June 2007.

**Schedule CCR Review**

We reviewed the June 30, 2007 Schedule CCR for accuracy and did not find any material errors. However, in the process of following up on an issue cited during the prior examination related to Schedule SC, we found an error relating to single family loan originations that affects the CCR. As of June 2007, the institution had originated nine loans for a total of $5.1 million collateralized by single family residences. We reviewed two of these loans, one of which had characteristics that did not qualify for the 50 percent risk weighting. We requested that this loan be risk-weighted at 100 percent and that the institution review the other loans in this portfolio to verify that they adhere to the qualifying criteria set forth in the TFR instructions. The effect of this change on the capital ratios is negligible.

**Dividends**

No changes were made to the Dividend Policy (Board-approved May 3, 2007) since the prior examination. As management had previously indicated to us, the institution resumed the payment of dividends to the holding company in 2007. A dividend of $1.43 million was declared during the March 2007 quarter and $5.05 million during the June 2007 quarter. The holding company used much of these dividends for the purpose of retiring high-cost trust preferred securities. OTS did not object to these dividends or to the $934,000 paid, subsequent to the review period, in the third quarter of 2007.

In December 2007, United Western Bank filed notice with OTS of its intent to pay a special dividend of $4 million by the end of the year. OTS did not object. The holding company will use the proceeds to repurchase common stock if advantageous and to reduce outstanding debt on a line of credit from a third party institution. The payment will bring total dividends for 2007 to $11.4 million, 37 percent of net income for the 2-year period ended September 30, 2007. The institution plans to pay out about one-third of net income in 2008.