| | |
|---|---|
| Office of Thrift Supervision<br>Report of Examination | Examination Date:  10/15/2007<br>Docket Number:  06679 |

## Capital Adequacy (continued)

As noted elsewhere in this report, the institution has concentration risk in its growing community banking portfolio, in its investment in mortgage securities, and in its institutional deposit relationships. Management must remain cognizant of these concentrations and continue to maintain a prudent level of capital above the "well capitalized" standards of FDICIA.

## Corrective Actions

- None

| | |
|---|---|
| Office of Thrift Supervision | Examination Date: 10/15/2007 |
| Report of Examination | Docket Number: 06679 |

## Asset Quality

*Asset quality is evaluated in relation to the level, distribution, severity, and trend of problem, classified, delinquent, nonaccrual, nonperforming, and restructured assets, both on- and off-balance sheet; the adequacy of the allowance for loan and lease losses and other valuation reserves; demonstrated ability to identify, administer and collect problem assets; the diversification and quality of loan and investment portfolios; the adequacy of loan and investment policies, procedures, and practices; extent of securities underwriting activities and exposure to counterparties in trading activities; credit risk arising from or reduced by off-balance sheet transactions; asset concentrations; volume and nature of documentation exceptions; effectiveness of credit administration procedures, underwriting standards, risk identification practices, controls, and management information systems.*

**Component Rating:**   2

### Conclusion

- Asset quality remains satisfactory.
- The composition of assets continues to change from wholesale single-family mortgages to originated non-homogenous loans.
- With management working diligently to reduce their level, classified assets declined further during the review period and are now more nearly on par with the peer group. In early 2007, however, the amount of delinquent single-family loans in the wholesale SBO (serviced-by-others) portfolio began to increase.
- We recommended enhancements to management's existing monitoring of its SBO portfolio.
- The institution is monitoring the ratings and collateral performance of its large portfolio of non-agency mortgage securities, including collateralized mortgage obligations. We request that management provide us with quarterly reports analyzing the trends and risks in the portfolio and of any need for reserves or additional allocated capital.
- We found the bank's internal asset review (IAR) function to be effective.
- Loan policies and procedures are acceptable. Our review of 26 loans/assets totaling $88.7 million revealed minor underwriting deficiencies. The reviewed loans were primarily credits originated since the inception of the institution's new community banking strategy.
- The asset quality directives contained in the last examination report were corrected with one minor exception.
- At this examination, we noted two new appraisal concerns.
- The level of ALLL and GVAs is adequate as of June 30, 2007. We expect that management will continue to carefully evaluate its reserve requirements on the single-family, mortgage security, and community banking portfolios in light of loss experience and of changing market and economic conditions.

### Comments and Supporting Analysis

Our scope included a review of underwriting and credit administration of the commercial real estate and commercial loan portfolios, including a sample of individual loans, the appraisal and credit

9

| Office of Thrift Supervision | Examination Date: 10/15/2007 |
| Report of Examination | Docket Number: 06679 |

## Asset Quality (continued)

functions, and the Bank's internal asset review (IAR) system. We reviewed the Bank's risk management monitoring reports and analyses and the level and methodology of the ALLL.

The Board and management have taken steps to monitor various risks and mitigate those risks that can be controlled. These steps include establishing investment limitations for the various facets of the community bank loan portfolio, closely monitoring the community bank loan portfolio including geographically, increasing the monitoring of its SBO portfolio, closely monitoring compliance with the investment limitations of HOLA, and establishing and adhering to sound underwriting policies and procedures with appropriate segregation of duties, and tracking the ratings and collateral performance of its mortgage securities.

**Portfolio Composition/Risk Profile**

While UWB's overall risk profile remains moderate, the institution's community banking strategy continues to transform the asset portfolio. As shown in Table 1 below, the $165.0 million increase in higher-risk, higher-yielding nonhomogeneous loans during the review period evidences the strategy. Lower-risk loans, in particular mortgages secured by one-four family residences, continued their precipitous decline with run-off of $279.2 million in the 15-month period. The "SBO" (serviced-by-others) single-family portfolio consists of relatively lower-yielding loans that previous management purchased in the wholesale market. The institution used the proceeds from the pay-offs from the SBO loans to fund the growth in non-homogeneous community bank assets and to increase the size of its investment in mortgage securities early in the review period.

Table 1: Loan Portfolio Mix

| Loan Types (inc MBS) | 06/30/2007 | | | 03/31/2006 | | | Incr (Decr) |
|---|---|---|---|---|---|---|---|
| | Mil | % of TA | % of TA Peer | Mil | % of TA | % of TA Peer | |
| 1-4 | $508.1 | 25.06 | 31.66 | $788.1 | 37.65 | 33.69 | ($280.4) |
| Consumer | 1.4 | 0.07 | 0.56 | 0.2 | 0.01 | 0.57 | 1.2 |
| Total Lower-Risk | $509.5 | 25.13 | 32.22 | $788.3 | 37.66 | 34.26 | ($279.2) |
| | | | | | | | |
| Construction | 115.1 | 5.67 | 3.92 | 36.4 | 1.74 | 4.03 | $78.7 |
| Multifamily | 55.5 | 2.74 | 1.63 | 64.7 | 3.09 | 1.26 | ($9.2) |
| Nonresidential | 344.5 | 16.99 | 11.49 | 314.3 | 15.01 | 8.94 | $30.2 |
| Land | 59.1 | 2.91 | 2.82 | 14.3 | 0.68 | 2.24 | $44.8 |
| Commercial | 89.7 | 4.42 | 2.72 | 69.2 | 3.30 | 2.22 | 20.5 |
| Total Higher-Risk | $663.9 | 32.73 | 22.38 | $498.9 | 23.82 | 18.69 | $165.0 |
| | | | | | | | |
| Total Loans | $1173.4 | 57.86 | 54.60 | $1,287.2 | 61.48 | 52.95 | ($113.8) |
| MBS/CMO | $650.0 | 32.06 | 5.42 | $554.5 | 26.49 | 8.86 | $95.5 |
| Total Assets | $2,027.7 | | | $2,093.4 | | | ($65.7) |

Source: Five Quarters UTPR June 30, 2007 with peer group data for the 69 institutions nationwide between $1 billion and $5 billion

## Asset Quality (continued)

Nonhomogeneous higher-risk, higher yielding loans constitute $663.9 million, or 32.73 percent of total assets, compared to 22.38 percent of total assets for its peer group. Single-family mortgages and consumer loans total $509.5 million, or 25.13 percent of total assets, compared to 32.22 percent of total assets for its peer group. Mortgage-backed securities and collateralized mortgage obligations total $650.0 million, or 32.06 percent of total assets, compared to only 5.42 percent for its peer group. Nearly all of the institution's mortgage securities are privately issued, non-agency securities. Cash, federal funds, and government securities total $100.1 million, or 4.93 percent of total assets, compared to 6.25 percent of total assets for its peer group.

About $190 million of the $344.5 million in nonresidential mortgages are SBA loans. The institution purchased about $116 million of these loans and originated about $75 million. Overall, there are $140 million in purchased SBA loans and $75 million of originated credits on the balance sheet.

Traditionally, we have considered single-family mortgages to be a lower-risk category. Recently, however, developments in the housing and mortgage markets have raised our concern in this area. UWB currently does not originate one-to-four family secured loans except as an accommodation to existing commercial customers. Only nine SFD loans totaling less than $5.3 million were originated during the review period.

Far more important than originated single-family mortgages on the balance sheet, the purchased SBO portfolio of guaranteed and non-guaranteed loans serviced by others accounted for $479 million of the $508.1 million of SFD loans. While adjustable-mortgages constituted about 85 percent of the SBO portfolio, management reported that none were "pay option" ARMs. As of June 30, 2007, the balance of interest-only loans was about $98 million. Management indicated that only a negligible amount of loans in the SBO portfolio was "subprime." Management further reported that the portfolio is an average of 5 years seasoned and has loan-to-value ratios in the 60 percent range.

Ths institution's SBO portfolio exhibits some volatility. Requiring LOCOM adjustments reflecting the fluctuation of interest rates and other current valuation factors, the large majority of SBO loans are held available-for-sale. Delinquent loans, both 30-89 days overdue and 90 or more days overdue, were well above peer single-family levels at our last examination and grew further in early 2007. The institution's SBO portfolio includes properties located across the nation. Only about 3.5 percent of current aggregate loan balance is on Colorado properties. Leading state concentrations are in California (36 percent), Illinois (7.8 percent), Georgia (7.3 percent), and Florida (5.4 percent).

During the review period, management identified the SBO portfolio as a focus of its efforts to control asset quality. Because of the volatility, higher level of delinquency, and the geographic composition in this portfolio, we recommended enhancements to management's existing monitoring of the portfolio in a memorandum provided to CCO Gary Petak. Management has already incorporated

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Asset Quality (continued)

some of our recommendations and expanded its monitoring of the SBO portfolio. CCO Petak stated that there is plethora of data available for monitoring this portfolio. The portfolio's performance, however, continues to vary unpredictably. Despite the continuing nationwide downturn in residential loan performance, the bank's delinquencies declined by approximately $677,000 in the quarter ended September 30, 2007 and an additional $150,000 as of October 2007. Management stated that there was no clearly identified reason for the improvement.

As the above table indicates, the institution has an unusually large portfolio of mortgage-backed securities and collateralized mortgage obligations. While it grew substantially early in the review period, this portfolio decreased about 16 percent between September 2006 and June 2007. The great bulk of the securities are held-to-maturity. With only a small amount guaranteed by the United States government or agencies, private issuers account for nearly all the obligations. The largest security issuers are Wells Fargo (about 14 percent), Countrywide (12 percent), WAMU (12 percent), UBS (11 percent), and Bank of America (10 percent).

As June 30, 2007, interest-only mortgage loans make up about $360 million of the underlying loan collateral, and negative amortization loans amount to about $47 million. Most of the loans are hybrid ARMs with 3, 5, 7, and 10 year fixed-rate periods. A relatively small amount of the loans reach the first reset date in 2008, with the rest doing so in 2009 through 2016. About 88 percent of the securities carry an AAA rating. Another 12 percent are AA-rated, and 1 percent are A- rated CRA securities. Prime mortgages account for 87 percent of the collateral and alt-a product for the rest.

**Asset Concentrations**

As shown in Table 1 and in the Appendix (Concentrations), UWB has several lending concentrations that exceed 25 percent of core capital and reserves. The two largest loan concentrations are nonresidential real estate loans totaling $344.5 million and construction loans totaling $115.1 million, representing 219.43 percent and 73.28 percent of core capital and reserves, respectively. Mitigating the concentrations of credit are solid underwriting practices and procedures, an effective internal asset review system, and the fact that a portion of these credits are governmentally insured. Management monitors its concentration of credits in regard to HOLA investment limitations, Board approved community bank lending limitations, and property location. We recommended to management that it also begin monitoring its commercial loan concentration with regard to the limitation based upon total assets in accordance with HOLA. Management concurred with this recommendation and will add commercial loans to its monthly monitoring reports.

The Appendix also shows the concentration risk in the non-agency mortgage security portfolio. Recognizing the continuing crisis in the mortgage and credit markets, management is tracking the ratings of these securities and the performance of the underlying collateral. Thus far, there have been

12

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Asset Quality (continued)

no ratings downgrades or marked deterioration in performance. We consider management's concern to be prudent and urge continued scrutiny. As described in the discussion of ALLL and GVAs below, we are requesting management to provide us with a quarterly assessment of the mortgage security portfolio.

### Loan Underwriting

We reviewed United Western's loan policies and procedures and found them to be satisfactory. We also noted actual practices adhered well to these policies and procedures with minor exceptions. Our review of assets consisted of a sample of 26 loans/assets totaling $88.7 million. We focused our review on conventional and SBA lending on commercial real estate, construction, commercial, and land loans. In general, we noted no significant underwriting exceptions that cannot be corrected in the normal course of business, and the majority of these exceptions were corrected during the examination.

Our review of 10 SBA loans noted one construction loan that was originated with a loan-to-value (LTV) ratio of 90.00 percent. Once the $1.5 million 504 debenture is issued, the LTV ratio will fall to 56.40 percent. In accordance with the Appendix to 12 CFR Section 560.101 Interagency Guidelines for Real Estate Lending Policies, amended December 21, 2001, all loans with LTVs exceeding these Guidelines are required to be monitored by management and reported in aggregate to the Board at least quarterly. This exception was also noted at the last examination. We recommended that management review the entire SBA mortgage loan portfolio to determine if other such loans should also be reported to the Board. Management concurred with our findings.

### Appraisal Practices

Since the prior examination, appraisal operations have improved. Management adequately addressed the appraisal findings from the prior examination, annual appraiser performance reviews have been completed for approved appraisers, appraiser files are organized with appropriate approval documentation, the appraisal and environmental risk policies are satisfactory, and no appraisal independence issues were identified during the current review.

However, during our review of appraisals, we identified four appraisals that included concerns. We have provided separate memos to credit administration staff on each appraisal. Two of the appraisals (Sun Haven Holdings and Pikes Peak Medical Center) were prepared by the same national appraisal firm (local Denver office). In both appraisals, incorrect appraisal methodology was used to estimate excess/surplus land value. Both appraisals were reviewed by a local appraisal company which failed to identify the land valuation issues. In another appraisal (Carefree Place), the appraiser insisted on concluding a value that represented the aggregate retail value and not the bulk sale value. Thus, the

13

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Asset Quality (continued)

LTV ratio was calculated incorrectly, which resulted in a LTV that exceeded the supervisory LTV limitations. (This loan too must be reported to the Board at least quarterly.) A fourth appraisal (High Prairie Polo Construction) also used improper appraisal methodology in estimating the value of a single family residential lot development. It appears this appraiser may not understand the proper appraisal methodology for the valuation of finished lots.

Management stated that it has addressed the concerns and issues raised with respect to the specific individual appraisers and review appraisers. Excess land and corresponding value assumptions have been discussed with the local representatives of the national appraisal firm and the review appraisers at Rocky Mountain Valuation Specialists. Management also agreed to include the Carefree Place loan in the appropriate Board reports detailing exceptions to supervisory lending limitations and exceptions to UWB's loan policy. Management agreed in the future to utilize only appraisers that have demonstrated expertise in the markets and product types of specific appraisal engagements as required under USPAP and UWB's appraisal policy.

### Internal Asset Review

Based upon our sampling of 26 loans including many with current evaluations, United's internal asset review (IAR) is effective. The Loan Review Officer, who conducts all IARs, is independent of the loan approval process and reports directly to the Board. We had no disagreements with the assigned loan grading by the IAR staff or by management. During the first six months of 2007, the IAR staff has performed IAR on credits totaling $891.2 million. Prior to any loan being upgraded, the IAR staff must perform a review and concur with the proposed upgrade.

In October 2007, The Board amended the Loan Review and Asset Classification Policy and has established a new goal of 50 percent review of the nonhomogeneous loan portfolio on an annual basis. Due to this increase and the continual increase in community bank lending, the budget for 2008 includes an additional staff member for the IAR department.

### Portfolio Performance/Classified and Nonperforming Assets

**Table 2: Classified Asset Trends**

| AQ Measures | 06/30/2007 | | | 03/31/2006 | | | Incr/(Decr) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Mil | % of TA | Peer (%) | Mil | % of TA | Peer (%) | |
| Classified Assets | $25.2 | 1.24 | 0.77 | $26.3 | 1.26 | 0.39 | ($1.1) |
| Special Mention | $ 4.5 | 0.22 | 0.27 | $ 9.5 | 0.46 | 0.27 | ($5.0) |
| Total Criticized Assets | $29.7 | 1.46 | 1.04 | $35.8 | 1.72 | 0.66 | ($6.1) |
| | | | | | | | |
| NPA (Gross) | $24.0 | 1.18 | 0.47 | $31.9 | 1.52 | 0.22 | ($7.9) |
| NPA (**Net** of Guarantee by US Gov't Agency) | $13.6 | 0.67 | 0.47 | $15.3 | 0.73 | 0.22 | ($1.7) |

TA = Total Assets
Source: Five Quarters UTPR June 30, 2007 with peer group data for the 69 institutions nationwide between $1 billion and $5 billion

14

| | |
|---|---|
| Office of Thrift Supervision | Examination Date:   10/15/2007 |
| Report of Examination | Docket Number:          06679 |

## Asset Quality (continued)

While both categories remain moderately above the peer level, classified and nonperforming assets declined during the review period. This decrease continued the downward trend that we noted in our last examination.

One factor, however, limited the improvement in these asset quality measures. Partially offsetting decreases in problem assets in other categories, delinquent single-family mortgages in the serviced-by-others (SBO) portfolio increased significantly in early 2007. This accounted for much of the nearly $4 million increase in classified assets that occurred in the second quarter of the year. As of June 30, 2007, about 50 percent of classified loans were in the SBO portfolio.

Management indicates that, subsequent to the review period, the level of classified assets declined $5 million to $20.4 million as of September 30, 2007. This decline is attributable to the upgrading of $3.0 million in nonresidential and multi-family loans and to a decrease in the delinquencies of the SBO loan portfolio. Management also stated that this trend has continued in October with a further decline in the delinquencies of its SBO loan portfolio and the purchase of $1.0 million of delinquent loans by Chase National Bank.

In conjunction with our loan sampling, we had no disagreements with management's internal grading or classification of assets. In accordance with SFAS 114, management periodically performs impairment testing. However, we noted three real estate owned properties that appeared to be impaired and were not tested. In response to our Findings Memo, management reviewed the REO portfolio and found five properties that required immediate mark-to-market write-downs in the aggregate amount of $137,000. The failure of management to properly evaluate the REO portfolio appears to be an isolated instance, due in part to unexpected personnel turnover. Management has established a committee to closely monitor the REO portfolio and is in the process of hiring a manager for this area.

**Allowance for Loan and Lease Losses (ALLL and General Valuation Allowances (GVAs)**

The level of ALLL increased from $8.0 million at March 31, 2006 to $9.2 million at June 30, 2007. It is adequate as of the latter date. Additionally, the GVA totaling $726,000 provides adequate coverage of receivables and advances relating to GNMA/FHA/VA loans. United Western's ALLL level increased from 0.43 percent of total assets to 0.50 percent of total assets. As of June 30, 2007, the ALLL level is only slightly below the peer group median level of 0.54 percent of total assets. While it remains below the peer group level, the institution's ALLL coverage of classified assets strengthened during the review period.