| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Asset Quality (continued)

Table 3: ALLL Trends

| | 06/30/2007 | | | 03/31/2006 | | |
|---|---|---|---|---|---|---|
| | Millions | % | Peer | Millions | % | Peer |
| ALLL as % Mortgage Loans plus LIP | $8,253 | 0.65 | 0.67 | $6,865 | 0.54 | 0.54 |
| ALLL as % of Non-mtg Loans plus LIP | $953 | 1.04 | 1.21 | $1,146 | 1.64 | 1.67 |
| Total ALLL as % of Total Assets | $9,206 | 0.50 | 0.54 | $8,011 | 0.43 | 0.56 |
| General Valuation Allowances (GVA) | $726 | | | $799 | | |
| Specific Valuation Allowances (SVA) | $446 | | | $1,839 | | |
| Total Allowances | $10,378 | | | $10,649 | | |
| ALLL + GVA+REO % Tot. Loans + REO | | 0.78 | 0.79 | | 0.62 | 0.79 |
| ALLL & GVA as % (Classified-Loss) | | 39.48 | 68.10 | | 33.48 | 113.40 |

As shown above, total reserves decreased slightly from the previous examination. Both the GVA and SVA allowances declined as management worked diligently to reduce and collect receivables filed with governmental agencies (i.e. FHA, VA, and GNMA). Falling from $4.6 million in 2005 and $2.9 million in 2006 to only $928,000 for the first six months of 2007, charge-offs continued to dramatically decline.

The current ALLL methodology supports the level of ALLL maintained by the Bank and is in general compliance with GAAP and our interagency policies. Management continues to refine its ALLL methodology and is in the progress of converting from a one-year migration analysis to a three-year migration analysis that should more closely reflect its community bank lending practices as these loans become more seasoned. We expect, however, that management will continue to carefully evaluate its reserve requirements on the single-family, mortgage security, and community banking portfolios in light of loss experience and of changing economic and market conditions.

## Corrective Actions

- Management must ensure that all Bank-originated loans exceeding the Interagency Lending Guidelines loan-to-value ratios be reported in aggregate to the Board on at least a quarterly basis.
- Management must ensure that adequate steps are taken to rectify any appraisal concerns noted by the outside appraisal reviewer and/or by credit administration department.

| | |
|---|---|
| Office of Thrift Supervision | Examination Date: 10/15/2007 |
| Report of Examination | Docket Number: 06679 |

## Management / Administration

*Management and the board of directors are evaluated against all factors necessary to operate the institution in a safe and sound manner and their ability to identify, measure, monitor, and control the risks of the institution's activities. Comments also Include Assessment of Compliance Management. Consideration is given to level and quality of oversight and support provided by management and the board; compliance with regulations and statutes; ability to plan for and respond to risks that may arise from changing business conditions or initiation of new products or services; accuracy, timeliness, and effectiveness of management information and risk monitoring systems; adequacy of and compliance with internal policies and controls; adequacy of audit and internal control systems; responsiveness to recommendations from auditors and supervisory authorities; reasonableness of compensation policies and avoidance of self-dealing; demonstrated understanding and willingness to serve the legitimate banking needs of the community; management depth and succession; the extent that management is affected by or susceptible to dominant influence or concentration of authority; and the overall performance of the institution and its risk profile.*

**Component Rating:** 2

### Conclusion

- The institution continues to strengthen its executive management.
- Board and management performance and risk management practices are satisfactory.
- Management has implemented the "Corrective Actions" identified in our previous examination.
- Management continues to make good progress in the implementation of its community banking strategy.
- Management spent considerable time in addressing what it found to be shortcomings in the new Metavante core operating system. Management believes that the system is less than satisfactory in supporting institutional investors.
- UWB has a compliance risk-management program that is adequate given the bank's overall compliance risk profile.

### Comments and Supporting Analysis

**Continued Strengthening of Management**

After the significant transformation that we observed during our last examination, UWB has continued to strengthen its executive management structure. In the fourth quarter of 2006, Jeff D. Thompson joined as Executive Vice President of Construction Lending. He brought significant experience in senior banking positions in business development and administration for commercial real estate and construction lending. The institution hired Thomas J. Kientz as the Executive Vice President of Retail Banking in the third quarter of 2007. He was previously head of the Colorado retail operations of a commercial bank. One of Mr. Kientz' primary objectives will be to build the branch deposit franchise of the institution.

| | |
|---|---|
| Office of Thrift Supervision | Examination Date: 10/15/2007 |
| Report of Examination | Docket Number: 06679 |

## Management / Administration (continued)

During the review period, the institution further expanded its community banking organization. Compared with five at the time of our last examination, there are now seven regional presidents. The new regional presidents have responsibility for the Aspen and Roaring Fork Valley areas and are experienced bankers.

During the review period, UWB opened three deposit-taking branches and three loan production offices. The Fort Collins loan production office will become a full-service branch in late 2007. During our examination, the institution purchased the physical facilities of a bank branch in Loveland, and re-opened the branch in December 2007. The institution will add two new branches in 2008.

### Board and Management Performance

The Board has remained stable since August 2006. Review of Board minutes and packages shows good oversight of the institution's operations. Senior management is highly knowledgeable and active in carrying out the institution's business strategy. Management has provided timely responses to our requests for information during the examination.

Adequate mechanisms are in place to allow management to identify, measure, monitor and control risks of the bank's activities. These mechanisms include key controls and reporting processes. The Board and senior management review written policies and procedures on an annual basis. The policies now reflect the UWB's new community banking direction.

### Audit Committee and Internal Audit

The Board's Audit Committee (consisting of three independent directors) and the Internal Audit Department continue to provide satisfactory oversight of the institution's operations. Beginning in 2006, the Internal Audit Department took on the responsibility for Sarbannes-Oxley (SOX) testing of key internal controls of financial reporting. Rather than adding more personnel, the Audit Committee and management identified a set of priority, "non-negotiable" regular reviews that the Internal Audit Department must accomplish despite the additional responsibility. They believed that SOX testing would provide sufficient coverage to compensate for the delay in regular internal audits that the new workload would cause. As in the case of Information Technology, management would "outsource" audits as appropriate.

Case 1:11-cv-00408-ABJ   Document 110-8   Filed 06/29/12   Page 4 of 9

| | |
|---|---|
| Office of Thrift Supervision | Examination Date:   10/15/2007 |
| Report of Examination | Docket Number:   06679 |

### Management / Administration (continued)

While the departure of some staff caused the normally three-person department to have only two auditors for portions of 2006-2007, the institution achieved full audit coverage. Our analysis of the workpapers from key SOX reviews showed good coverage of the relevant issues. The Internal Audit staff is now at its normal three persons and the Compliance Department has added an analyst to perform SOX testing in the future.

**Metavante Conversion**

United Western converted to the Metavante core banking operating system in April 2007. Management has been disappointed in some aspects of the conversion. While the system handles community banking functions well, there have been problems with the Business Internet Banking (BIB) component. BIB has negatively affected institutional depositors and their ability to send wire transfers. BIB was completely non-operational for two days in July, making it necessary for United Western personnel to send wires manually. Management has been in negotiations with Metavante to provide enhancements that will allow the system to handle the large number of accounts contained in the institutional deposit relationships. Concluding, however, that BIB is not adequate to meet the long-term needs of institutional depositors, management informed us that it will request Metavante to reduce the length of the entire contract from 5 to 3 years.

**Business Plan**

We reviewed the 2007 Business and Financial Plan, the 2007 Business Plan narrative, and the 2007-2008 Business and Financial Plan. The plans show the continuation of the community banking strategy adopted in 2006. With healthy growth in community bank lending and with marked improvement in interest margin and core income, variance analysis shows satisfactory achievement of plan. Primarily due to significant amortization of premium on purchased SBA loans and securities and to negative LOCOM adjustments on the "legacy" wholesale single-family portfolio, however, net income was about $1 million short of plan through the middle of 2007. CFO Dennis Santistevan indicates that the 2007 business plan did not take LOCOM adjustments on the wholesale single-family portfolio into account. He indicates that the institution is considering how to do so in the 2008 plan.

**Transactions with Affiliates (TWA)**

We found no violations of TWA regulations or of Reg O. Compliance Officer Catherine Eden implemented the TWA suggestions that we made in our previous Report of Examination. Policy now requires that institution personnel notify the Compliance Department upon identifying transactions with affiliates. The Compliance Department now has physical custody of TWA records and

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Management / Administration (continued)

responsibility for their maintenance. Ms. Eden has completed the first annual review of outstanding TWA agreements for adequacy of supporting information and compliance with regulation.

We reviewed the two outstanding insider loans: one for the improvement of a home and the other for working capital needs. The Board of Directors approved both loans. In conformance with Reg O, the terms of both credits are similar to those available to outsiders.

Guy Gibson is Chairman of United Western Bancorp and owns 17 percent of the stock. He is also the former CEO and owner of Legent Group's chief subsidiary, Legent Clearing, a major institutional depositor at UWB. He owns 7 percent of the stock of Legent and sits on its Board of Directors. UWB management indicates that he is not the largest stockholder of Legent and does not exercise control. On the advice of counsel and in "an abundance of caution," the institution deemed the Legent loan as subject to Reg O despite Mr. Gibson's ownership of less than 10 percent of the stock of the Legent Group. In a related matter, we note that the Audit Committee and the Board of Directors of the institution's holding company approved an agreement under which the company leased space from Legent Clearing. The space now serves as the disaster recovery and business continuity site for the bank. The Committee and Board approved the lease based on management analysis that showed that the arrangement cost United Western less than the previous lease with SunGard and that it provided better technical resources.

Compliance Officer Eden left UWB in November 2007. Leah Eubanks replaced her as Compliance Officer. Ms. Eden will be on contract with UWB one day a week to oversee both Compliance and Sarbannes-Oxley. She will be attending Audit Committee meetings and will be reviewing Compliance Department work to ensure a smooth transition.

**Recommendations**

At our recommendation, management will institute a requirement that directors and senior executives formally report any business affiliations and related interests quarterly. In not requiring such reporting, management had relied on the FFIEC letter of December 2006 that removed the requirement that an executive officer or principal shareholder report annually to the Board on credits from correspondent banks. Management also agreed to modify the demand deposit overdraft report and the check kiting reports to specifically identify insiders and major borrowers.

**Compliance Management**

The bank has a written compliance risk management program that is effective and tailored to its business strategy, operational complexity, and risk profile. A Compliance Committee has been established to periodically monitor the bank's adherence to the program, ensure corrective action is

20

| | |
|---|---|
| Office of Thrift Supervision<br>Report of Examination | Examination Date:   10/15/2007<br>Docket Number:   06679 |

## Management / Administration (continued)

implemented, and direct the Compliance Officer to perform special studies or reviews. The Compliance Department is responsible for the daily operation of the program and the SVP and Compliance Officer (Catherine Eden until November 2007) reports to the Board. The program adequately manages the institution's compliance, legal, and reputation risks and addresses each of the SMAART compliance management program components.

For additional details and "Corrective Actions," see the Compliance section of this Report.

## Corrective Actions

(See Compliance Section)

21

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Earnings

*Quality and quantity of earnings are evaluated in relation to the ability to provide for adequate capital through retained earnings; level, trend, and stability of earnings; sources of earnings; level of expenses in relation to operations; vulnerability of earnings to market risk exposures; adequacy of provisions to maintain the allowance for loan and lease losses and other valuation reserves; reliance on unusual or nonrecurring gains or losses; the contribution of extraordinary items, securities transactions, and tax effects to net income; and adequacy of budgeting systems, forecasting processes, and management information systems.*

**Component Rating:**   2

### Conclusion

- During the review period, operating performance improved as net income levels increased and showed less volatility.
- Management has established a stable core income stream, and non-recurring items are a less significant component of income.
- Continued implementation of the community banking strategy has enhanced the quality and reliability of earnings at UWB.

### Comments and Supporting Analysis

During the review period, management continued to implement its community banking strategy, which includes the replacing of the institution's purchased portfolio of wholesale loans with higher yielding originated community bank loans, including those originated under SBA programs. The new originated loans consist of construction, land, commercial real estate, and non-mortgage commercial loans. Additionally, the institution aims to gradually replace its institutional deposit base with lower cost funding sources such as retail deposits and other borrowings. The goals of the combined strategy are to increase the yield spread, to curtail reliance on non-recurring gains such as asset sales and LOCOM adjustments, and to soften the historical volatility in earnings. Management is restructuring its balance sheet to facilitate these goals. Thus far, this has resulted in a significant increase in core income and a more stable net income stream.

**Levels and Trends**

Primarily reflecting a significant increase in yield spread and in net interest income, net earnings increased 38.9 percent between the quarter ended June 30, 2006 and the quarter ended June 30, 2007. The IEA yield climbed 51 basis points to 6.1 percent, due mainly to the run-off of wholesale assets and increasing levels of community bank loans.

Though less markedly than the yield increased, the cost of funds declined during the review period. The COF decreased 18 basis points to 2.62 percent. Management lowered the pricing on some of its institutional deposit relationships and, at the same time, replaced higher cost FHLB advances with

22

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Earnings (continued)

new institutional deposits and with small amounts of retail deposits and reverse repurchase agreement borrowings.

This measure of the cost of funds does not include the approximately $2 million per month in sub-accounting fees that United Western Bank pays to its institutional depositors. Categorized as G&A expenses, these fees are compensation to the depositors for maintaining the individual account records that are necessary for FDIC insurance coverage. A report to the Board of Directors shows that inclusion of these fees as interest expense would have raised the cost of funds about 130 basis points through the first half of 2007.

The rising asset yield and declining cost of funds widened the net interest spread from 2.80 percent in the second quarter of 2006 to 3.48 percent in the second quarter of 2007. Net interest income improved 22 percent. Outweighing the increase in non-interest expense discussed below, these changes led to a 55 percent increase in core income before loss provision. The improvement in core income and other operating ratios compared to the peer group median is shown in the following table:

| Profitability Measure (% of Total Assets) | Jun-07 UWBK | Jun-07 Peer | Mar-07 UWBK | Mar-07 Peer | Dec-06 UWBK | Dec-06 Peer | Sep-06 UWBK | Sep-06 Peer | Jun-06 UWBK | Jun-06 Peer |
|---|---|---|---|---|---|---|---|---|---|---|
| IEA Yield | 6.10 | 6.63 | 5.98 | 6.57 | 5.84 | 6.46 | 5.75 | 6.35 | 5.59 | 6.25 |
| CoF | 2.62 | 4.05 | 2.76 | 4.03 | 2.83 | 3.96 | 2.98 | 3.85 | 2.80 | 3.45 |
| Spread | 3.48 | 2.56 | 3.22 | 2.54 | 3.01 | 2.54 | 2.76 | 2.64 | 2.80 | 2.72 |
| NIM | 3.52 | 2.82 | 3.27 | 2.84 | 3.05 | 2.81 | 2.81 | 2.81 | 2.80 | 2.83 |
| Fee Income | 0.18 | 0.48 | 0.16 | 0.46 | 0.09 | 0.50 | 0.10 | 0.48 | 0.08 | 0.48 |
| G&A Expense | 2.56 | 2.36 | 2.44 | 2.34 | 2.34 | 2.30 | 2.34 | 2.24 | 2.18 | 2.22 |
| Core Inc B4 Prov | 1.13 | 1.08 | 0.98 | 0.92 | 0.79 | 0.93 | 0.56 | 1.05 | 0.71 | 1.18 |
| LossProv | 0.11 | 0.11 | 0.08 | 0.08 | 0.04 | 0.05 | 0.05 | 0.06 | 0.24 | 0.07 |
| Core+ProfitAH4S | 1.02 | 0.98 | 1.06 | 1.06 | 0.78 | 0.98 | 0.53 | 1.1 | 0.52 | 1.15 |
| NIM/G&A Expense | 137.39 | 123.32 | 133.91 | 121.49 | 130.30 | 122.47 | 119.89 | 131.66 | 128.95 | 129.37 |
| ROAA | 0.76 | 0.76 | 0.64 | 0.74 | 0.66 | 0.73 | 1.21 | 0.82 | 0.53 | 0.88 |
| ROE | 10.55 | 7.00 | 9.17 | 7.39 | 9.90 | 7.63 | 18.55 | 8.85 | 8.33 | 9.56 |
| Net Income ($000's) | $3,912 | | $3,390 | | $3,591 | | $6,487 | | $2,816 | |

*Source: Five Quarters UTPR June 30, 2007 with peer group data for the 69 institutions nationwide between $1 billion and $5 billion*

The institution recorded a provision for losses on earnings assets of $1.1 million in the second quarter of 2006. Provisions declined dramatically in the following quarters and were at the level of the asset-size peer group. Provisions were sufficient to increase ALLL and other general allowances over $1 million over the review period.

23

## Earnings (continued)

Compared with $2.1 million in the second quarter of 2006, non-interest income was $1.4 million in the second quarter of 2007. That 32 percent decline primarily represented the removal of lease income from earnings after the September 2006 sale of the institution's corporate headquarters building. The institution's recording of a $3.8 million after-tax gain on the sale of the building caused a temporary jump in non-interest and net earnings in the third quarter of 2006.

While the trend over the review period was downward, some components of non-interest income showed significant volatility. The quarterly LOCOM adjustment on the institution's held-for-sale single-family mortgage portfolio ranged from a recovery of $650,000 in the December 2006 quarter to a charge of $850,000 in the March 2007 quarter. Management expects this volatility to continue until the market price of mortgage loans stabilizes. There were also significant quarterly swings in the gain-on-sale of loans and securities (largely SBA). Those gains amounted to $833,000 in the first quarter of 2007 but were negligible in the second quarter.

Driven by increased personnel expenses and by the sub-accounting fees discussed above, non-interest expense increased 12.1 percent (to $13.2 million) between the second quarter of 2006 and the second quarter of 2007. Higher personnel expenses were representative of the institution's strategy to expand its branch network and to hire banking professionals with community banking expertise. Reflecting the review period's inflow of institutional deposits, sub-accounting fees increased moderately. Management's objective is to gradually replace the institutional funds with community bank deposits. As long, however, as the cost of some institutional relationships, including sub-accounting fees, is less than other funding sources, management expects to continue to maintain a significant amount of the institutional funds.

**Business Plan/Budget**

Through June 30, 2007, the bank's performance versus the forecast was mixed. Assets were below forecast due to securities sales and to community bank loans coming in below budget. Land loans were above budget but not enough to offset the slight miss in the commercial, commercial real estate, construction and SBA loan categories. Deposits were above forecasted levels while borrowings and other liabilities came in below forecast. On the income statement, interest income was below budget due to lower-than-forecasted balances and rates on IEA as well as the continued premium write-off on SBA loan prepayments. Interest expense was lower than forecasted as rates on ICL came in below projections, despite higher than expected balances. Non-interest income was higher than forecasted due primarily to gain on sale of SBA loans. Non-interest expense was also higher than expected due primarily to higher than planned personnel expenses and sub-accounting fees. The forecast did not anticipate the net negative LOCOM adjustment for the first six months of the year.