| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
|---|---|---|
| Report of Examination | Docket Number: | 06679 |

### Earnings (continued)

Going forward, management expects continued NIM expansion resulting in increasing earnings. Non-interest income is expected to increase from fee income as the consumer banking segment grows. However, as implementation of the community banking strategy continues, G&A and other operating expenses are expected to increase. Continued volatility in the LOCOM adjustment and gain on sale of SBA loans is also expected. Overall, management believes that core earnings are now able to withstand any uncertainties and earnings will no longer be driven by gain on sale or other non-recurring items.

We believe that these projections are reasonable. We observe, however, that the institution's improving earnings depend significantly on the higher yields on the growing amount of construction, land, commercial real estate, and commercial non-mortgage loans. To avoid the credit losses that would erode profitability, the institution must ensure the quality of the new lending. Additionally, significant deterioration in the quality of the wholesale single-family portfolio or the mortgage security portfolio would have a negative impact on earnings.

**Quarter Ended September 2007 Financial Results**

During our examination, UWB reported earnings for the quarter ended September 2007. Third quarter earnings showed continued successful implementation of the bank's strategy and the achievement of forecasted levels in community bank loan production and deposit growth. Community bank loan production for the quarter was $81.4 million, bringing the total to $601 million. Retail deposits increased $21.1 million for a total of $77.8 million. Management also reduced the pricing on several institutional deposit relationships causing a $275 million runoff which was replaced with lower cost FHLB borrowings.

There was further expansion in interest spread and margin, and the partially offsetting increase in G&A costs continued. Core income improved. There was a $1.2 million gain on loan sales, but there was a $510,000 negative LOCOM adjustment.

**Review of Schedules SC and SO**

We conducted a detailed review of TFR Schedules SC and SO. No material discrepancies were found.

### Corrective Actions

- None.

25

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Liquidity

*Liquidity is evaluated in relation to the trend and stability of deposits; the degree of reliance on short-term, volatile sources of funds, including any undue reliance on borrowings or brokered deposits, to fund longer term assets; availability of assets readily convertible to cash without undue loss; ability to securitize and sell certain pools of assets; access to money markets and other sources of funding; the adequacy of liquidity sources and ability to meet liquidity needs; the effectiveness of liquidity policies and practices, funds management strategies, management information systems, and contingency funding plans; capability of management to properly identify, measure, monitor, and control liquidity; and the level of diversification of funding sources, both on- and off-balance sheet.*

**Component Rating:** 2

### Conclusion

- Liquidity and cash flow management policies and practices are satisfactory and effective given the complexity of the institution.
- Liquidity sources are satisfactory and related reports provided the Board of Directors and management are adequate.
- UWB continues to have a concentration in institutional deposits.
- Contractual agreements with some of the largest of these depositors help protect the institution's liquidity position and would allow management time to obtain additional funds.
- The institution has significant unused borrowing capacity at the FHLB and is starting to build a branch deposit base.
- Investment Policy and practices are satisfactory.
- The institution is monitoring its large portfolio of mortgage securities, including collateralized mortgage obligations.

### Comments and Supporting Analysis

**Liquidity Management/Sources of Funding**

Liquidity and cash flow management are satisfactory for the current operations of UWB. The policies related to liquidity are adequate and comply with regulatory guidance. The policies detail responsibilities, limits, and controls of management and the Board of Directors. The liquidity ratios established by the Board are no less than 1.5 percent for daily liquidity and 10 percent for total liquidity. Total liquidity includes the available FHLB borrowing capacity and 90 percent of the fair market value of AFS securities. There were no exceptions for the total liquidity ratio during the review period. However, the daily liquidity minimum ratio was violated 11 times. All liquidity related policy violations were discussed at the ALCO meetings and additional controls were implemented. As of June 29, 2007, the institution's daily liquidity is 1.88 percent and total liquidity is 53.79 percent. Short and long term liquidity projections provide management and the Board with the information necessary to identify, monitor, and control liquidity and cash needs.

26

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

### Liquidity (continued)

A liquidity contingency plan is outlined in the Interest Rate Risk Policy, and it sets forth six steps to provide the institution with additional liquidity in case of unanticipated liquidity needs. The six steps can be reordered due to pricing. If the six steps are deemed insufficient for weathering the crisis, ALCO will review the liquidity situation and take additional steps to meet liquidity needs.

The institution's sources of funds come mainly from deposits and FHLB advances. Deposits continue to be the primary source of funding. The secondary source of funding is FHLB advances. Total borrowing capacity at the FHLB of Topeka as of June 30, 2007 was $812.3 million and the institution had $116.7 million outstanding. The available source of funding from FHLB of Topeka gives the institution the ability to repay maturing borrowings. Of the $116.7 million outstanding, $1.7 million is short-term and $115.0 million is convertible term. As of September 30, 2007, short term advances from FHLB of Topeka had increased to $247 million and convertible term had increased to $150 million. Total remaining available from FHLB of Topeka is $341.8 million. The institution also had $26.9 million outstanding from FHLB of Dallas as of September 30, 2007, though it is not eligible to receive additional advances from FHLB of Dallas.

**Savings Deposits Composition/Branch Strategy**

Deposits continue to be concentrated in institutional deposits. As of June 30, 2007, approximately 73 percent of deposits are attributable to four depositors, the largest one of which is Equity Trust Company (ETC). Although branch deposits represent only 3.4 percent of total deposits, this is an increase from 1.4 percent at March 31, 2006. The institution is transitioning from wholesale banking to community banking. As more branches are opened, deposits from branches are expected to increase.

The four primary depositors are ETC, Matrix Settlement and Clearance Services (MSCS), Legent Clearing, and Sterling Trust Company, an affiliate of the institution. The trend in these deposit relationships is shown in the following table:

($ in millions)

| Depositor | 6/30/2007 | 3/31/07 | 12/31/2006 | 3/31/2006 |
| --- | --- | --- | --- | --- |
| ETC | $461.8 | $466.4 | $461.6 | $438.2 |
| Sterling (an affiliate) | $377.7 | $382.1 | $372.7 | $299.8 |
| Legent Clearing | $184.3 | $162.4 | $118.8 | 0 |
| MSCS | $182.5 | $175.7 | $179.3 | $149.5 |

Source: Deposit Reports prepared by United Western.

Deposits from ETC and MSCS are considered core deposits by the institution. There are written agreements between both ETC and MSCS and the institution. The agreement with ETC is scheduled to terminate on June 1, 2008, but there is an automatic renewal for successive 1 year periods, unless

27

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

### Liquidity (continued)

ETC notifies the institution. If ETC decides to terminate the agreement, ETC can only withdraw up to 1/6 of the deposit balance at the end of the termination date at the end of each calendar month for a period of six months. MSCS, formerly an affiliate of United Western Bank, renewed its agreement with the institution in July 2007. The agreement automatically renews for two successive 1 year periods. If MSCS wants to terminate the contract, a 90 day notice before the termination date is required. The agreements help protect the institution's liquidity position and would allow management time to obtain additional funds. Sterling Trust Company is a subsidiary of United Western Bancorp and an affiliate of United Western Bank. While there is no renewal date, the affiliate agreement requires a 30-day notice for termination. UWB management indicates that the relationship between the institution and Legent Clearing is in good standing. While there is no written contract requiring it to do so, Legent will provide notice before withdrawal of funds. (The Management section of this report describes the interest of United Western Bancorp's chairman, Mr. Guy Gibson, in Legent.)

The institution has historically used wholesale funding and is now aiming to increase community deposits. It has three branches opened for deposits, Downtown Denver, Boulder and Cherry Creek. The Fort Collins office is open for loan production and will be expanded in late 2007 to also handle deposits. The proposed Denver Tech Center and Longmont branches will open late in 2008.

During our examination, the institution purchased the physical facilities of a bank branch in Loveland, and re-opened it as a UWB branch in December 2007.

**Investment Securities**

The Investment Policy is satisfactory. It states the objectives and responsibilities of the Board of Directors, Investment Committee, ALCO and investment officer. The designation of the institution's securities as held-to-maturity (HTM), available-for-sale, or trading is discussed. The Investment Policy establishes the process for the designation of securities to these categories and the procedures for any changes to designations. Currently, UWB does not have any securities designated as Trading. Acceptable investments, record keeping requirements, reports to the Board of Directors, market sensitivity, policy exceptions, identification of risks, approved brokers and repurchase agreements are also discussed.

Thrift Bulletin 13a and UWB's Investment Policy require a prepurchase analysis for complex securities including collateralized mortgage obligations (CMOs). Not only does the Investment Policy require the testing at the time of purchase but also at least quarterly, the CMOs in the investment portfolio will be re-tested to verify they still meet the standards.

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Liquidity (continued)

Securities are either classified as HTM, AFS, or Trading when purchased and placed in the corresponding portfolio. During the review period, SBA pool securities were transferred from the trading portfolio to the HTM portfolio. This is rare, but allowable according to the Investment Policy, so long as the criteria set forth in the policy is met, proper documentation is completed, and the transfer receives the proper approval. The transfer of the SBA pool securities complied with the Investment Policy.

The investment securities portfolio shows an overall increase since the prior examination, however, the portfolio is in a downward trend. During the review period, mortgage backed securities increased from 26.5 percent of total assets at March 31, 2006, to 32.1 percent of total assets at June 30, 2007. The portfolio hit its high point of 35.5 percent of total assets at September 30, 2006. The current downward trend in investment securities is in line with United Western's business plan, which projects that investment securities will decline 10.9 percent during 2007. The following table sets forth the trend in the institution's investment portfolio:

|  | 6/30/2007 | 3/31/2006 |
|---|---|---|
| **Held-to-Maturity Securities** |  |  |
| Mortgage-backed securities | $199,785,155 | $209,329,675 |
| CMO securities | $349,618,254 | $320,756,605 |
| SBA pool securities | $72,774,112 | $0 |
| **Total Held-to-Maturity Securities** | $622,177,521 | $530,086,280 |
|  |  |  |
| **Available-for-Sale Securities** |  |  |
| Mortgage-backed securities | $51,067,539 | $21,987,152 |
| CMO residual | $0 | $30,461 |
| CMO securities | $46,813,803 | $0 |
| SBA pool securities | $572,131 | $717,016 |
| **Total Available-for-Sale Securities** | $98,453,473 | $22,734,629 |
|  |  |  |
| **Trading Securities** |  |  |
| SBA pool securities | $0 | $102,980,152 |
| **Total Trading Securities** | $0 | $102,980,152 |

Source: United Western Bank – Consolidated Detailed Balance Sheet June 30, 2007 and March 31, 2006

As a result of the current economic environment, management has increased its monitoring of the investment securities portfolio. Particularly, the institution has increased the frequency of its monitoring of investment securities that include nontraditional (primarily interest-only) mortgages as collateral. To date, none of its investment securities has been downgraded by a rating agency. See the Asset Quality section of this report.

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Liquidity (continued)

### Corrective Actions

- None.

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Sensitivity to Market Risk

*Sensitivity to market risk reflects the degree to which changes in interest rates, foreign exchange rates, commodity prices, or equity prices can adversely affect earnings or the economic value of capital, the ability of management to identify, measure, monitor, and control exposures to market risk given the institution's size, complexity, and risk profile; the nature and complexity of interest rate risk exposure arising from nontrading positions; and where appropriate, the nature and complexity of market risk arising from trading and foreign operations.*

**Component Rating:**   2

### Conclusion

- Interest rate risk is adequately controlled. The institution's level of exposure, based on both the OTS and internal models, is minimal.
- Policies and procedures for monitoring and limiting interest rate risk at UWB are satisfactory.
- A strategy of better matching asset and liability durations has reduced interest rate sensitivity over our last two review periods.
- The further decline in the balance of the MSA, from $19.5 million at March 31, 2006 to $13.4 million at June 30, 2007, contributed to lower IRR in the declining interest rate scenarios.
- The institution recently changed to a new vendor for its internal modeling.

### Comments and Supporting Analysis

**Interest Rate Risk Exposure and Management**

Interest rate risk (IRR) management is satisfactory at UWB, and the institution's interest rate risk profile has improved since the prior examination. The institution's pre-shock and post-shock NPV ratios both increased during the review period. According to the OTS model, the continuing transition of the asset base from single-family mortgages toward lower-duration construction, land, commercial real estate, and non real estate mortgages helped reduce the institution's sensitivity measure. The bank's internal model, however, shows a modest increase in sensitivity over the review period. Both models indicate that IRR exposure continued to be minimal. ULB has exposure to both increasing and decreasing interest rates, with slightly higher exposure to falling rates at June 30, 2007. UWB has established a minimum post shock NPV ratio for each rate shock scenario, and these limits have not been changed since the prior examination.

During the review period, the institution used Darling Consulting Group (DCG) to model IRR. Management believed the Darling model was superior to the OTS model, due to better assumptions for Mortgage Servicing Asset (MSA) and sub accounting fees for institutional deposits. The greatest difference between the DCG model and the OTS model was how the models handled SBA loans. The differences in the results of the two models were reconciled quarterly by the institution. The

31

Office of Thrift Supervision  
Report of Examination

Examination Date:     10/15/2007  
Docket Number:              06679

## Sensitivity to Market Risk (continued)

differences in IRR exposure as analyzed by the two models and the IRR exposure trend is shown in the following table:

|  | 6/30/2007 | | 12/31/2006 | | 03/31/2006 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | OTS | DCG | OTS | DCG | OTS | DCG |
| Pre-Shock NPV | 13.58% | 11.88% | 12.27% | 10.44% | 10.57% | 10.12% |
| Post-Shock NPV | 12.87% | 10.38% | 11.21% | 9.49% | 9.66% | 9.16% |
| Sensitivity | 71 bp | 150 bp | 107 bp | 95 bp | 90 bp | 96 bp |
| TB 13a | Min. | Min. | Min. | Min. | Min. | Min. |

Source: 5 Quarter UTPR and United Western Bank Reconciliation of Darling Model to OTS Model Memo

Effective September 2007, after verification and parallel testing, the institution replaced the DCG model with a model purchased from FIMAC Solutions. The FIMAC Solutions model is expected to provide the institution with an improved ability to analyze IRR under different business plan projections and assumptions.

**Interest Rate Risk Policy**

The IRR Policy contains guidance set forth in TB 13a, and is reviewed and approved by the Board of Directors. Responsibilities are delineated between the Board, the Investment Committee (IC), and the ALCO. The policy also discusses approved activities in which the IC and ALCO can engage. Reports discussed in the IRR policy are given to the Board as required.

The Board has established IRR limits, which have not changed since the prior examination. IRR limits are considered prudent based on the institution's well-capitalized standing, minimal IRR exposure, and satisfactory risk management practices.

**Asset/Liability Structure**

Consistent with the institution's business plan, total assets have decreased $65.7 million since March 31, 2006 to $2.0 billion. Mortgage loans decreased by $137.6 million to $1,081.5 million, or 53.3 percent of total assets, as the run-off of single-family mortgages exceeded the origination of community bank loans. The MBS portfolio increased $95.6 million to $650.0 million, or 32.1 percent of total assets. Mortgage loans and MBS compose the majority of the institution's assets. The continued declining balance of the MSA from $19.5 million at March 31, 2006, to $13.4 million at June 30, 2007, contributed to lower IRR in the falling interest rate scenarios.

Total liabilities have also decreased slightly. Borrowings (FHLB advances) decreased more than the increase in total deposits (nearly all institutional). Borrowings decreased by $472.7 million to $220.5 million, or 10.9 percent of total capital and liabilities, and total deposits increased by $389.1 million to $1,641.9 million, or 61.0 percent of total capital and liabilities, at June 30, 2007. Subsequent to the

32

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
|---|---|---|
| Report of Examination | Docket Number: | 06679 |

## Sensitivity to Market Risk (continued)

review period, however, there was a significant outflow of institutional deposits and a corresponding increase in borrowings. (See the Earnings and Liquidity report.)

Our last two examinations have observed that United Western has decreased the sensitivity measure from its historically higher levels, by implementing a strategy of better matching the asset and liability durations. The success of this strategy has been achieved by matching the asset duration to the institutional deposits and FHLB borrowings durations.

## Corrective Actions

- None.

33

| Office of Thrift Supervision<br>Report of Examination | Examination Date:   10/15/2007<br>Docket Number:          06679 |
|---|---|

## Compliance

*The Compliance rating reflects the institution's compliance management performance and implementation of SMAART. Considerations include the commitment of management to compliance and its ability and willingness to take the necessary steps to assure compliance, and the adequacy of operating systems, including internal procedures, controls, audit activities, and training designed to ensure compliance on a routine and consistent basis. The rating may incorporate other factors that significantly affect the overall effectiveness of an institution's compliance efforts. The rating evaluates compliance factors but does not take into account an institution's record of lending performance under the CRA or its compliance with the applicable provisions of the implementing regulations since institutions receive a separate rating for CRA purposes.*

**Compliance Rating:**   2

**Scope**

The compliance portion of the examination included a review of the overall effectiveness of the bank's compliance risk-management program (See Management section of the Report). The review included risk-focused reviews of the following core compliance areas:

- Bank Secrecy Act, Office of Foreign Assets Control (OFAC), and USA Patriot Act anti-money laundering and anti-terrorist financing controls;
- Fair Lending and Nondiscrimination laws and regulations; and
- Flood Disaster Protection Act (FDPA).

Additional areas selected for review on a risk-focused basis were the Fair and Accurate Credit Transactions Act (FCRA/FACTA) and Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 (CAN-SPAM) and Telephone Consumer Protection Act (TCPA).

## Conclusion

The program satisfactorily addresses each of the SMAART compliance management program components. Systems and procedural controls have been established for ensuring transactions are conducted in compliance with legal obligations and they continue to be upgraded by management. Monitoring processes effect daily supervision of compliance systems that extend enterprise-wide for BSA/AML. We found assessments of the program's effectiveness to be comprehensive and regular, with results communicated timely to the Board. Internal audit and compliance department audits have been integral to compliance being managed SMAART. Response to internal audit and examiner findings is appropriate.

Accountability for compliance performance is appropriately defined. While the Compliance Committee is responsible for the program's coordination and oversight, each department, branch, and functional manager will be accountable for compliance in its own area. Each employee is responsible for assuring their own work complies with the regulations as they relate to the employee's position and responsibilities. Training in compliance requirements, systems, and technology is

34