**Compliance (continued)**

comprehensive and recurrent.  Training for all employees is tracked and if the required training is not completed, the employee's pay raise is negatively affected.

**Comments and Supporting Analysis**

**Bank Secrecy Act (BSA)/Economic Sanctions/USA Patriot Act (USAPA)**

The BSA/AML compliance program for UWB complies with the requirements of 12 CFR 563.177(b) and (c).  The written programs are Board-approved and are managed by the BSA/AML Officer and the compliance department.  The program includes risk assessments and provides for ongoing training, internal controls, and independent testing.  Enterprise BSA/AML risks have declined, as the majority of the holding company's subsidiaries are either inactive or sold.  Remaining subsidiaries with low/medium BSA/AML risks include UWB, Sterling Trust Company (STC), and First Matrix Investment Services.  Management requires that these subsidiaries maintain separate BSA/AML programs that address the requirements of BSA, USAPA, and OFAC.  The holding company continues to strengthen the BSA/AML risk assessments for both UWB and the enterprise.

The bank has established reasonable systems and controls for financial record keeping, FinCEN reporting, and verifying customer identity to combat money laundering and terrorist financing. Independent testing and periodic self-assessments are conducted, which assess the effectiveness of the program.  BSA/AML training occurs annually and is conducted by the Compliance Department and on-line.

Although UWB has no customers exempt from currency transaction reporting (filing CTRs), it continues to have minimal reportable currency transactions due largely to its limited branch operation and a large commercial/institutional deposit base.  UWB converted to Metavante this year and is in the process of implementing Banker's Toolbox AML software.  This enhanced program is expected to provide a robust BSA/AML system that includes enterprise integration, anti-money laundering detection, CIP, and electronic filing capabilities.  Our review concluded that CTRs and Suspicious Activity Reports are accurate and timely filed.

UWB has implemented satisfactory policies, procedures, and internal controls for ensuring compliance with USAPA.  The institution has no foreign or private banking accounts, or money servicer/remitter accounts, and has elected not to participate in information sharing.

UWB has established a program for ensuring compliance with the requirements of OFAC.  The program includes a risk assessment, written policies and procedures, individuals responsible for day-to-day compliance, independent OFAC compliance testing, and ongoing training.  All wires and new deposit and credit transactions undergo OFAC scans at inception, and the existing customer database

35

Appendix

## Compliance (continued)

is scanned regularly.   The bank has not had any blocked accounts or rejected transactions. Deficiencies noted at the last exam regarding the accuracy of OFAC scans in the SBA Department have been corrected.

The internal audit department conducted a combined BSA/AML audit of UWB and the holding company, which satisfies the independent audit requirement of 12 CFR 563.177(c)(2).  The audit was comprehensive with findings appropriately followed-up for corrective action.  One primary finding of the audit was to recommend the establishment and implementation of electronic banking procedures for BSA/AML, and we concur with this recommendation.  Management has agreed to implement these procedures.

**Fair Lending and Nondiscrimination**

We found no significant or systemic violations of the Equal Credit Opportunity Act (ECOA), Fair Housing Act, or the OTS Nondiscrimination Regulations.  Lending activities are primarily limited to originating multifamily, SBA/commercial, and speculative home construction loans.  UWB also makes owner-occupied, residential construction loans as accommodations and has recently started a small scale consumer loan program.

The Board annually approves the institution's Fair Lending and Nondiscrimination Policy, credit lending policies, and underwriting standards.  The fair lending program requires second reviews of all denied consumer and commercial credit applications by senior managers and periodic ECOA audits of funded and denied multifamily and SBA/commercial credits by the Compliance Department.  The Compliance Department also performs pricing and credit underwriting reviews of residential purchases and multifamily using Interagency Fair Lending Examination Procedures (FlexPro). UWB's fair lending reviews did not detect any disparate treatment or impact.  The compliance department maintains records of ECOA/Fair lending training that it conducts throughout the year.

**Flood Disaster Protection Act**

UWB has a satisfactory flood insurance management program to ensure operations are within the guidelines of the regulation.   Management has established proper written procedures, internal controls, and an audit plan commensurate with the risk level of the bank's loan products and business strategy.  Two exceptions were noted during the exam, but they were identified by management and corrected prior to the end of the exam.   Recommendations noted in the prior exam have been addressed.

36

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:     10/15/2007
Docket Number:            06679

## Compliance (continued)

### New Compliance Requirements

We reviewed UWB's implementation of the new compliance requirements for the Fair and Accurate Credit Transaction Act.  No regulatory violations were noted and recommendations from the last exam were implemented.  We also determined that the bank is not subject to the CAN-SPAM (Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003) and TCPA (Telephone Consumer Protection Act) since they do not initiate commercial electronic mail or engage in any form of telephone or fax solicitations.  In addition, the institution does not use a third party telemarketing firm.

## Corrective Actions

BSA/AML

- Establish BSA/AML electronic banking procedures.

37

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:   10/15/2007
Docket Number:         06679

## Comparative Statement of Financial Condition

| Assets | 06/30/2007 ($000s) | 12/31/2006 ($000s) | 12/31/2005 ($000s) |
|---|---|---|---|
| Mortgage Loans | $ 1,089,748 | $ 1,120,027 | $ 1,307,269 |
| Less: ALLL | 8,253 | 7,654 | 6,140 |
| Non-mortgage Loans | 91,781 | 52,726 | 39,761 |
| Less: ALLL | 953 | 936 | 658 |
| Mortgage Backed Securities | 650,031 | 757,434 | 436,811 |
| Less: GVA's | 0 | 0 | 0 |
| Other Securities | 74,307 | 86,222 | 106,792 |
| Less: GVA's | NA | NA | NA |
| Federal Funds Sold/ Securities Purchased Under Agreements to Resell | 15,000 | 8,000 | 14,000 |
| Equity Investments Not Subject to SFAS No. 115 | 38,869 | 42,764 | 34,002 |
| Cash and Noninterest-Earning Deposits | 11,807 | 11,863 | 11,622 |
| Interest-Earning Deposits | 1,414 | 2,251 | 2,901 |
| Office Premises and Equipment | 9,420 | 7,280 | 15,140 |
| Repossessed Assets | 4,941 | 7,468 | 4,525 |
| Less: GVA's | 0 | 0 | 0 |
| Real Estate Held for Investment | 0 | 0 | 0 |
| Bank-Owned Life Insurance | 23,804 | 23,342 | 22,454 |
| Intangible Assets: | | | |
| Servicing Assets on: | | | |
| Mortgage Loans | 13,393 | 15,337 | 20,644 |
| Nonmortgage Loans | 65 | 62 | 65 |
| Goodwill and Other Intangible Assets | 73 | 89 | 296 |
| Other Assets | 13.000 | 15,138 | 17,473 |
| Less: GVA's | 726 | 882 | 755 |
| Total Assets | $ 2,027,721 | $ 2,140,531 | $ 2,026,202 |

38

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:     10/15/2007
Docket Number:              06679

## Comparative Statement of Financial Condition

| Liabilities & Equity Capital | 06/30/2007 ($000s) | 12/31/2006 ($000s) | 12/31/2005 ($000s) |
|---|---|---|---|
| **Liabilities** | | | |
| Deposits and Escrows | $ 1,641,832 | $ 1,404,859 | $ 1,269,564 |
| Advances from FHLBank | 143,581 | 519,431 | 615,028 |
| Federal Funds Purchased/ | 76,299 | 50,000 | 0 |
| Securities Sold Under Agreements to Repurchase | | | |
| Subordinated Debentures (Including Mandatory | 0 | 0 | 0 |
| Convertible Securities and Limited-Life Pfd Stock) | | | |
| Other Borrowed Money | 584 | 986 | 2,382 |
| Other Liabilities | 17,768 | 18,340 | 10,662 |
| | | | |
| **Total Liabilities** | **$ 1,880,065** | **$ 1,993,616** | **$ 1,897,635** |
| | | | |
| **Minority Interest** | $ 3 | $ 3 | $ 2 |
| | | | |
| **Equity Capital** | | | |
| | | | |
| Perpetual Preferred Stock | 0 | 0 | 0 |
| Common Stock, Par Value | 113 | 113 | 113 |
| Common Stock, Paid in Excess of Par | 60,843 | 60,705 | 60,553 |
| Accumulated Other Comprehensive Income | -51 | 166 | 18 |
| Retained Earnings | 86,749 | 85,928 | 67,880 |
| Unrealized Gains (Losses) on Available-for-Sale Securities | NA | NA | NA |
| Other Components of Equity Capital | 0 | 0 | 0 |
| | | | |
| **Total Equity Capital** | **$ 147,654** | **$ 146,912** | **$ 128,564** |
| | | | |
| Total Equity Capital and Minority Interest | 147,657 | 146,915 | 128,566 |
| **Total Liabilities, Minority Interest, and Equity Capital** | **$ 2,027,723** | **$ 2,140,531** | **$ 2,026,201** |
| | | | |
| | | | |
| OFF-BALANCE SHEET ITEMS | | | |
| Outstanding Loan Origination Commitments | 138,001 | 117,490 | 52,206 |
| Loans in Process | 181,677 | 123,000 | 49,108 |
| Letters of Credit | 2,541 | 791 | 429 |
| Outstanding Loan/MBS Purchase Commitments | 0 | 0 | 39,660 |
| Principal Amount of Assets Covered by Recourse | | | |
| Obligations or Direct Credit Substitutes | 11,398 | 12,095 | 15,826 |
| Other Contingent Liabilities | 0 | 0 | 0 |

39

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:     10/15/2007
Docket Number:          06679

## Analysis of Earnings

| Comparative Statement of Income | YTD 06/30/2007 ($000s) | Year Ended 12/31/2006 ($000s) | Year Ended 12/31/2005 ($000s) |
|---|---|---|---|
| Interest Income | $ 59,293 | $ 112,708 | $ 83,716 |
| Dividend Income on Equity Investments Not Subject to SFAS No. 115 | 1,105 | 2,314 | 1,521 |
| Interest Expense | 24,851 | 53,658 | 36,309 |
| **Net Interest Income** | **$ 35,547** | **$ 61,363** | **$ 48,928** |
| Net Provision for Losses on Interest-Earning Assets | $ 925 | $ 2,342 | $ 1,490 |
| Net Interest Income (Expense) after Provision for Losses on Interest-Earning Assets | 34,624 | 59,021 | 47,438 |
| Noninterest Income: | | | |
| Mortgage Loan Servicing Fees | 2579 | 354 | 1,284 |
| Servicing Amortization and Valuation Adjustments | -1,969 | NA | NA |
| Other Fees and Charges | 1,164 | 2,177 | 5,449 |
| Net Income (Loss) from: | | | |
| Sale of Assets Held for Sale and AFS Securities | 836 | 1,111 | 1,583 |
| LOCOM Adjustments | -550 | 2,500 | -3,235 |
| Other Non-interest Income | 304 | 10,886 | 4,042 |
| Total Noninterest Income | 2,363 | 17,028 | 9,123 |
| Total Noninterest Expense | 26,333 | 49,079 | 40,869 |
| **Income (Loss) Before Income Taxes** | **$ 10,654** | **$ 26,970** | **$ 15,693** |
| Income Taxes | 3,351 | 8,924 | 4,763 |
| **Net Operating Income (After Tax)** | **$ 7,302** | **$ 18,046** | **$ 10,929** |
| Extraordinary Items (Charges), Net | 0 | 0 | 0 |
| **Net Income (Loss)** | **$ 7,302** | **$ 18,046** | **$ 10,929** |
| Other Increases/Decreases | -78 | 300 | -108 |
| Cash Dividends | 6,482 | 0 | 0 |
| **Net Change in Equity Accounts** | **$ 742** | **$ 18,348** | **$ 10,823** |

| Reconciliation of General Valuation Allowances (including ALLL) | 06/30/2007 ($000s) | 12/31/2006 ($000s) | 12/31/2005 ($000s) |
|---|---|---|---|
| Beginning Balance | 9,472 | 7,553 | 8,292 |
| Net Provision for Loss | 988 | 2,191 | 1,330 |
| Transfers | 147 | 636 | 250 |
| Recoveries | 192 | 414 | 423 |
| Adjustments | 0 | 0 | 0 |
| Less: Charge-Offs | -867 | -1,322 | -2,742 |
| Ending Balance | 9,932 | 9,472 | 7,553 |

| Other Component Ratios and Trends | 06/30/2007 | 12/31/2006 | 12/31/2005 |
|---|---|---|---|
| Net Interest Income /Average Earning Assets [a] | 3.55 | 3.04 | 2.75 |
| Total Noninterest Expense/Average Assets [a] | 2.51 | 2.31 | 2.13 |
| Net Income/Average Total Equity [a] | 9.86 | 13.09 | 8.80 |
| Net Losses/Average Total Loans and Leases [a] | 0.08 | 0.04 | 0.15 |
| Earnings Coverage of Net Losses [b] | 67.97 | 60.64 | 18.42 |
| ALLL/ Total Loans and Leases | 0.79 | 0.73 | 0.50 |
| Nonperforming Loans and Leases / ALLL | 206.76 | 201.15 | 405.97 |

[a] This item is an annualized ratio.

[b] This is a simple ratio (not multiplied by 100), not a percentage. If both the numerator and denominator are negative, or the denominator is zero, we report N/C (not calculated). If only one or the other is negative, we report the negative number.

40

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:    10/15/2007
Docket Number:    06679

## Capital Calculations

| Regulatory Capital Components | 06/30/2007 ($000s) |
|---|---|
| **Tier 1 (Core) Capital** | |
| Equity Capital | $ 147,654 |
| Deduct: | |
| Investments in and Advances to "Nonincludable" Subsidiaries | 0 |
| Goodwill and Certain Other Intangible Assets | 0 |
| Disallowed Servicing Assets, Disallowed Deferred Tax Assets, Disallowed Residual Interests, and Other Disallowed Assets | 537 |
| Other | 0 |
| Add: | |
| Accumulated Losses (Gains) on Certain AFS Securities and Cash Flow Hedges, Net of Taxes | 51 |
| Intangible Assets | 0 |
| Minority Interest in Includable Consolidated Subsidiaries including REIT Preferred Stock Reported as a Borrowing | 0 |
| Other | 0 |
| Examiner Adjustments | |
| **Tier 1 (Core) Capital** | **$ 147,168** |
| **Tier 1 (Core) Capital Requirement** | **$ 81,090** |
| **Tier 2 (Supplementary) Capital** | |
| Unrealized Gains on Available-For-Sale Equity Securities | $ 0 |
| Qualifying Subordinated Debt and Redeemable Preferred Stock | 0 |
| Other Equity Instruments | 0 |
| Allowance for Loan and Lease Losses [c] | 7,352 |
| Other | 0 |
| Examiner Adjustments | |
| **Allowable Tier 2 (Supplementary) Capital (Not to Exceed 100% of Tier 1 Capital)** | 7,352 |
| **Total (Risk-Based) Capital** | |
| Tier 1 plus Tier 2 Capital | $ 154,520 |
| Less:  Equity Investments and Other Assets Required to be Deducted | 0 |
| Deduction for Low Level Recourse and Residual Interests | 826 |
| **Total (Risk-Based) Capital** | **$ 153,694** |
| **Total (Risk-Based) Capital Requirement** | **$ 85,501** |
| **Risk-Weighted Assets Calculation** | |
| Subtotal Risk-Weighted Assets | $ 1,068,766 |
| Less:  Excess Allowances for Loan and Lease Losses | 0 |
| **Total Risk-Weighted Assets** | **$ 1,068,766** |

---

[c] Limited to a maximum of 1.25 percent of gross risk weighted assets.

41

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:        10/15/2007
Docket Number:           06679

## Summary of Items Subject to Adverse Classification & Summary of Items Listed as Special Mention

| Asset Category | Adversely Classified Assets ($000s) 10/15/2007 | | | |
|---|---|---|---|---|
|  | Substandard | Doubtful | Loss | Total |
| Loans/Leases | $21,689 |  |  | $21,689 |
| Securities |  |  |  | 0 |
| Other Real Estate Owned | $3,334 |  | $135[d] | $3,469 |
| Other Assets |  |  |  | 0 |
| Total Adversely Classified Assets | $ 25,023 | $ 0 | $135 | $ 25,158 |
| Totals at Previous Examination (7/10/2006) | $ 25,542 | $ 769 | $ 0 | $ 26,311 |

| Asset Category | Special Mention Assets ($000s) | |
|---|---|---|
|  | Current Examination 10/15/2007 | Previous Examination 7/10/2006 |
| Loans / Leases | $ 4,482 | $ 9,552 |

---

[d] During the examination, the Bank incurred $135,000 in write-downs or losses on the disposition of three real estate owned as a consequence of lower selling prices.

42

Appendix

## Directors, Senior Executive Officers, and Attorneys

Number of Directors Meetings Held August 2006 to August 2007 (including special meetings): 18
Number of Directors Authorized: 8
Number of Vacancies: 0

| Name<br>Occupation | Title<br>Year of<br>Birth | No. of Meetings<br>Attended<br>12 mos. | Tenure as Director<br>Year Appt.<br>Year Exp. | Annual<br>Compensation | |
|---|---|---|---|---|---|
| Wetzel, Scot T.<br>D, P, CEO of UWBK | CB, P,CEO<br>1968 | 18 | 2005<br>2008 | $375,000<br>$255,000<br>$6,136<br>$18,200 | 1<br>2<br>3<br>4 |
| Snider, William D.<br>VCB, CFO of UWBK | 1941<br>VCB, D | 18 | 2006<br>2008 | $300,000<br>$212,500<br>$11,322<br>$18,200 | 1<br>2<br>3<br>4 |
| Santistevan, Dennis R. | D, EVP<br>CFO, COO<br>1956 | 17 | 2006<br>2008 | $200,000<br>$30,000<br>$6,428<br>$18,200 | 1<br>2<br>3<br>4 |
| Petak, Gary G. | D, SVP,<br>CCO<br>1957 | 17 | 2006<br>2008 | $207,500<br>$102,500<br>$7,412<br>$18,200 | 1<br>2<br>3<br>4 |
| Hirsh, Benjamin C.<br>CAO of UWBK | D,S<br>1956 | 18 | 2005<br>2008 | $200,000<br>$50,000<br>$9,896<br>$20,600 | 1<br>2<br>3<br>4 |
| Berling, Charles J.<br>Real estate consultant | D<br>1943 | 17 | 2003<br>2008 | $23,400 | 2 |
| Bullock, Dr. James H.<br>Retired accounting professor | D<br>1936 | 17 | 1993<br>2008 | $24,400 | 2 |
| Darre', Bernard C.<br>Partner Bow River Capital Partners<br>(Private Investment Fund) | D<br>NA | 15 | 2006<br>2008 | $21,100 | 2 |

43

Appendix

Office of Thrift Supervision
Report of Examination

Examination Date:   10/15/2007
Docket Number:   06679

## Directors, Senior Executive Officers, and Attorneys (continued)

| | | | | |
|---|---|---|---|---|
| Kientz, Thomas J. | EVP | | $150,000 | 1 |
| | 1966 | | $25,000 | 2 |
| | | | 30 | 3 |
| Eden, Catherine | SVP | (Left company on | $105,000 | 1 |
| | Compliance | December 1, 2007) | $15,000 | 2 |
| | Officer | | $3,575 | 3 |
| | 1951 | | | |
| Lax, Gary | Designated | | $35,290 | 5 |
| Luse, Gorman, Pomerenk & Schick, PC | Attorney | | | |

Personnel Changes during and subsequent to the review period: On June 27, 2006, David W. Kloos resigned as a director. On July 31, 2006, Patrick Howard resigned as a director, which resignation was accepted by the board on August 3, 2006. Mr. Howard also resigned as Chief Operating Officer, and Glenna J. Hale was appointed COO of the bank, with all operational responsibilities for the Bank. Mr. Howard also resigned as President of the Bank's subsidiary, Matrix Financial Services Corporation. On August 2, 2007, William Snider was appointed President and CEO of Matrix Financial Services Corporation.

On August 3, 2006, the remaining directors appointed Gary G. Petak, SVP and Chief Credit Officer, and Dennis R. Santistevan, EVP and Chief Financial Officer, as directors. Also on August 3, 2006, Robert E. Bigelow resigned as a director. On August 29, 2006, the directors appointed Bernard "Bruno" Darré as an independent director. Glenna J. Hale resigned as Chief Operating Officer effective March, 2007, at which time Dennis R. Santistevan (bank CFO) was appointed COO of the bank, with all operational responsibilities for the Bank. Theodore J. Abariotes, General Counsel stepped down effective May 17, 2007, at which time Jeffrey R. Leventhal was appointed SVP, General Counsel, and Secretary of the holding company. Catherine Eden, SVP and Compliance Officer, left the bank on December 1, 2007. Leah Eubanks assumed her duties.

(1) Current annual salary rate. The salaries of Mr. Wetzel, Mr. Snider, Mr. Hirsh, Mr. Santistevan, and Ms. Eden are split 75/25 between UWB and UWBK. UWB provides 100 percent of the salaries of Mr. Petak and Mr. Kientz.

(2) Bonus for period October 15, 2006 to September 30, 2007

(3) 401K match October 15, 2006 through September 30, 2007 plus taxable group term life 2006-2007

(4) Director Fees paid for period October 2006 through September 2007; Current Director Fees - $1600 per regular BOD meeting, $100 per committee meeting, $100 per special BOD meeting. Mr. Hirsh receives $200 as secretary at regular BOD meetings.

(5) This amount represents all fees paid to the firm employing Mr. Lax for various matters. Includes a portion of the $54,000 annual retainer paid to Mr. Lax's firm.

44

Appendix