| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
| Report of Examination | Docket Number: | 06679 |

## Concentrations

As detailed below, the bank's June 30, 2007, balance sheet contains concentrations that may create higher than normal credit or liquidity risk. The table shows these concentrations in relation to core capital and reserves ($156,997,000 as of that date).

Management mitigates the concentration risk in the loan portfolio through satisfactory underwriting and internal asset review. Additionally, a substantial portion of the lending is through Small Business Administration programs.

About 87 percent of the mortgage security portfolio carries AAA credit ratings. Nevertheless, the deterioration in the mortgage and credit markets raises concerns about even these highly-rated securities. Management is tracking the ratings and collateral performance of its mortgage securities.

Many of the institutional deposit relationships are long-standing. UWB has contracts and other arrangements with its institutional depositors generally requiring advance notice of the withdrawal of deposits in excess of an established threshold. UWB maintains excess borrowing capacity at the FHLB and is building a branch deposit franchise.

### Balance Sheet Concentrations

|  | June 30, 2007 | |
| --- | --- | --- |
|  | **Amount (Millions)** | **% Core Capital and Reserves** |
| **LOANS** | | |
| Nonresidential Real Estate Loans | $344.5 | 219% |
| Construction Loans | $115.1 | 73% |
| Commercial Loans | $89.7 | 57% |
| Land Loans | $59.1 | 38% |
| Multifamily Mortgage Loans | $55.5 | 35% |
| **MORTGAGE SECURITIES** | | |
| Non-Agency CMOs | $396.4 | 252% |
| Non-Agency Pass-Thrus | $247.2 | 157% |
| (Interest-only Collateral Included in Mortgage Securities) | $361.0 | 230% |
| **INSTITUTIONAL DEPOSITS** | | |
| Equity Trust | $461.8 | 294% |
| Sterling Trust Deposits (affiliate) | $377.7 | 240% |
| Legent Clearing | $184.3 | 117% |
| MSCS | $182.6 | 116% |
| Other Institutional/Wholesale | $387.8 | 247% |

Source: Five Quarters UTPR June 30, 2007 with peer group data for the 69 institutions nationwide between $1 billion and $5 billion And Deposit Reports Prepared by United Western

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
|---|---|---|
| Report of Examination | Docket Number: | 06679 |

## Rating Definitions

### CAMELS Rating Definitions

**Composite 1**
Financial institutions in this group are sound in every respect and generally have components rated 1 or 2. Any weaknesses are minor and can be handled in a routine manner by the board of directors and management. These financial institutions are the most capable of withstanding the vagaries of business conditions and are resistant to outside influences such as economic instability in their trade area. These financial institutions are in substantial compliance with laws and regulations. As a result, these financial institutions exhibit the strongest performance and risk management practices relative to the institution's size, complexity, and risk profile, and give no cause for supervisory concern.

**Composite 2**
Financial institutions in this group are fundamentally sound. For a financial institution to receive this rating, generally no component rating should be more severe than 3. Only moderate weaknesses are present and are well within the board of directors' and management's capabilities and willingness to correct. These financial institutions are stable and are capable of withstanding business fluctuations. These financial institutions are in substantial compliance with laws and regulations. Overall risk management practices are satisfactory relative to the institution's size, complexity, and risk profile. There are no material supervisory concerns and, as a result, the supervisory response is informal and limited.

**Composite 3**
Financial institutions in this group exhibit some degree of supervisory concern in one or more of the component areas. These financial institutions exhibit a combination of weaknesses that may range from moderate to severe; however, the magnitude of the deficiencies generally will not cause a component to be rated more severely than 4. Management may lack the ability or willingness to effectively address weaknesses within appropriate time frames. Financial institutions in this group generally are less capable of withstanding business fluctuations and are more vulnerable to outside influences than those institutions rated a composite 1 or 2. Additionally, these financial institutions may be in significant noncompliance with laws and regulations. Risk management practices may be less than satisfactory relative to the institution's size, complexity, and risk profile. These financial institutions require more than normal supervision, which may include formal or informal enforcement actions. Failure appears unlikely, however, given the overall strength and financial capacity of these institutions.

**Composite 4**
Financial institutions in this group generally exhibit unsafe and unsound practices or conditions. There are serious financial or managerial deficiencies that result in unsatisfactory performance. The problems range from severe to critically deficient. The weaknesses and problems are not being satisfactorily addressed or resolved by the board of directors and management. Financial institutions in this group generally are not capable of withstanding business fluctuations. There may be significant noncompliance with laws and regulations. Risk management practices are generally unacceptable relative to the institution's size, complexity, and risk profile. Close supervisory attention is required, which means, in most cases, formal enforcement action is necessary to address the problems. Institutions in this group pose a risk to the deposit insurance fund. Failure is a distinct possibility if the problems and weaknesses are not satisfactorily addressed and resolved.

**Composite 5**
Financial institutions in this group exhibit extremely unsafe and unsound practices or conditions; exhibit a critically deficient performance; often contain inadequate risk management practices relative to the institution's size, complexity, and risk profile; and are of the greatest supervisory concern. The volume and severity of problems are beyond management's ability or willingness to control or correct. Immediate outside financial or other assistance is needed in order for the financial institution to be viable. Ongoing supervisory attention is necessary. Institutions in this group pose a significant risk to the deposit insurance fund and failure is highly probable.

Office of Thrift Supervision  
Report of Examination

Examination Date: 10/15/2007  
Docket Number: 06679

## Rating Definitions (continued)

### Compliance Rating Definitions

#### Rating 1
An association in this category is in a strong compliance management position. The compliance management program completely and reliably covers all six SMAART components and applies best practices in developing, maintaining and executing that program. The institution conducts thorough and reliable self-assessments in accordance with a well-conceived risk schedule and promptly corrects any violations or operational deficiencies. System records are complete. Review reports are well prepared and integral to management and board decisions. Training maintains staff compliance expertise. Monitoring controls are strong resulting in any compliance violations being infrequent, self-identified and timely corrected. There is no evidence of prohibited discrimination, reimbursable violations, or systemic deficiencies resulting in repeated substantive violations. The institution's compliance management gives no cause for supervisory concern.

#### Rating 2
An association in this category is in an adequate compliance management position. Management has a demonstrated capacity to administer an effective compliance program that satisfactorily addresses the SMAART components. Self-assessments may or may not be conducted, but in any case are not thorough enough, or their results adequately assimilated, to be a sufficient basis upon which to grade compliance management performance. Separate evaluation of the other SMAART components by the examiner supports favorable findings of compliance management capabilities and performance given the institution's size, business strategy, operational complexity and risk profile. Some areas of programmatic weakness or areas for improvement may occur that either had not been self-identified or were self-identified but not promptly self-corrected. Readily attainable enhancements to the institution's compliance program and/or the establishment of additional review/audit procedures will eliminate performance deficiencies. Although there may be technical compliance violations and limited infrequent substantive violations readily remedied, there is no evidence of prohibited discrimination, reimbursable violations, or programmatic deficiencies resulting in repeated substantive violations.

#### Rating 3
An association in this category is in a less than satisfactory compliance position requiring a further supervisory review. Management does not conduct reliable self-assessments, and the other components of the compliance management program do not perform sufficiently well to prevent systemic or repeated non-technical compliance violations. Overall implementation of the SMAART components is not up to the standards expected of institutions of similar capacity. Violations may be numerous. Substantive regulatory violations were either not self-identified or were not fully remedied as part of the institution's regular monitoring or response processes. There is no finding of prohibited discrimination. By identifying an institution with marginal compliance early, additional supervisory oversight may be employed to assure compliance management improvements are implemented and further deterioration of the institution's compliance performance is prevented.

#### Rating 4
An association in this category requires prompt supervisory intervention to correct serious compliance program deficiencies. Management has material shortfalls in its implementation of a comprehensive compliance management program as measured by SMAART. Management failures have resulted in substantive compliance violations, often involving a significant segment of consumers or requiring substantial monetary remedies, that have not been remedied on the institution's initiative in a timely fashion, or are significantly below standards for the institution's expected level of competence given its size, strategy, sophistication and risk profile. Close supervision of agency-directed institution self-assessment may be required to assure reliability or thoroughness of corrective actions. Transaction analysis supports the need for agency intervention to effectively supervise the institution's return to an acceptable level of compliance performance.

#### Rating 5
An association in this category is in need of the strongest supervisory intervention and oversight. SMAART components have been ineffectually implemented or ignored. The association is substantially in noncompliance with several of the civil rights, consumer or public interest statutes and regulations. The severity of its noncompliance creates legal and financial exposure of significant risk to the association. Management has demonstrated its unwillingness or inability to operate within the scope of these statutes and regulations. Previous efforts on the part of the regulatory authority to obtain voluntary compliance have not been effective. Discrimination, substantial overcharges or other practices resulting in systemic or serious repeat violations are present.

47



# HOLDING COMPANY
# REPORT OF EXAMINATION

October 15, 2007

**United Western Bancorp, Inc.**
700 17th Street, Suite 2100
Denver, CO
Docket Number:   H2192
Structure Number:   S1601

| | |
|---|---|
| **OTS Region** | West |
| **Type of Examination:** | Holding Company Regular |
| **Examination (Start) Date** | 10/15/2007 |
| **Examination Completion Date:** | 01/23/2008 |

### Prohibition of Disclosure or Release

This document is the property of the Office of Thrift Supervision. OTS furnishes this document to the holding company for its confidential use. Except as provided in 12 C.F.R. Section 510.5, the holding company, its directors, officers, or employees may not disclose the report, or any portion of it, to unauthorized persons or organizations. Unauthorized persons or organizations include anyone not officially connected with the holding company as an officer, director, employee, attorney, auditor, independent auditor, subsidiary institution, or affiliated holding company.

If the holding company receives a subpoena or other legal process calling for production of this document, notify the Regional Director immediately. Advise the attorney and, if necessary, the court of the above prohibition and refer them to 12 C.F.R. Section 510.5.

| Office of Thrift Supervision | Examination Date: | 10/15/2007 |
|---|---|---|
| Holding Company Examination | H- Number: | H2192 |

### Examination Conclusions and Comments (continued)

intangible assets) also increased during the review period from 3.97 percent to 4.83 percent of total assets primarily due to a reduced level of intangible assets; specifically mortgage servicing assets (MSA). The current capital plan calls for increasing the equity capital ratio while repurchasing stock and paying dividends. Management is targeting an equity capital ratio of 6.0 percent. As mentioned above, as of June 30, 2007, that ratio totaled 5.46 percent and is on an increasing trend.

Although the level of debt has declined, UWBI remains significantly leveraged, with long-term debt to capital at 54.7 percent. However, this ratio is on a declining trend, with long-term debt to capital totaling 41.2 percent as of September 30, 2007. The continued decline is due to an early redemption of trust preferred securities (TPS), which have declined from $61.3 million to $51.1 million to $30.4 million for March 31, 2006, June 30, 2007, and September 30, 2007, respectively. TPS continue to make up the largest component of borrowings, equaling 45.7 percent of equity capital as of the examination date. Other long-term debt includes $10.0 million in subordinated debt securities maturing in 2014.

Dividend and tax payments from the subsidiaries are a source of repayment of current debt and operating expenses. UWB paid $6.5 million in dividends to the holding company during the review period. This was the first dividend paid from the thrift to the holding company since the first half of 2003. Additionally, UWBI received the following dividends from other subsidiaries: $14.9 million, $1.7 million, and $5.1 million from Equi-Mor, Matrix Bancorp Trading, and MTXC Realty, respectively. Tax payments represent another significant source of funding, even though they declined during this examination period. During this review period, the thrift paid $14.2 million in taxes to the holding company. In addition, the other subsidiaries paid approximately $2.0 million. Taxes paid to UWBI from the subsidiaries during calendar year 2006 totaled $11.7 million, while consolidated tax payments of UWBI totaled $6.1 million.

Management continues to implement the strategic plan to covert its wholesale operations to a premier community bank along Colorado's Front Range. Restructuring efforts to date have exceeded expectations. Management continued to divest non-core subsidiaries during the review period, which has reduced UWBI's risk profile. Despite management's divesting efforts, management also found an opportunity to create a new subsidiary. During the review period a new subsidiary was created to form an organization to make mezzanine investments to borrowers who have senior financing through UWB. Management also created a Quarterly Dividend Program and paid its first dividend of $0.06 per share during the first quarter 2007.

Consolidated earnings increased to $10.6 million during the review period, from $4.2 million at the prior examination. The increase is primarily due to the restructuring of the balance sheet to implement the community banking strategy. Earnings also benefited from the gain realized by exercising a put option of UWBI's interest in Matrix Assets Management, fees earned from monetizing the New Market Tax Credits, declining interest expense due to debt reduction, and the

2



# REPORT OF EXAMINATION

March 30, 2009

**United Western Bank**
700 17th Street, Suite 100
Denver, CO
Docket Number: 06679

| | |
|---|---|
| **OTS Region:** | Western |
| **Type of Examination:** | Comprehensive Federal Regular |
| **Examination (Start) Date:** | 03/30/2009 |
| **Examination Completion Date:** | 08/04/2009 |
| **Subordinate Organizations Examined:** | None |

### Prohibition of Disclosure or Release

This document is the property of the Office of Thrift Supervision. OTS furnishes this document to the institution for its confidential use. Except as provided in 12 C.F.R. Section 510.5, the institution's directors, officers, or employees may not disclose the report, or any portion of it, to unauthorized persons or organizations. Unauthorized persons or organizations include anyone not officially connected with the institution as an officer, director, employee, attorney, auditor, independent auditor, or parent holding company.

If the institution receives a subpoena or other legal process calling for production of this document, notify the Regional Director immediately. Advise the attorney and, if necessary, the court of the above prohibition and refer them to 12 C.F.R. Section 510.5.



**Office of Thrift Supervision**
Department of the Treasury                                                                 *Western Region*

San Francisco Office • (650) 746-7000 • Fax: (650) 7467001
Pacific Plaza, 2001 Junipero Serra Boulevard, suite 650, Daly City, California 94014
P.O. Box 7165, San Francisco, California 94120-7165

September 18, 2009

Board of Directors
United Western Bank
700 17th Street, Suite 100
Denver, CO 80202

Members of the Board:

As required by 12 C.F.R. Section 563.170, we performed a risk-focused examination of United Western Bank. The examination began on March 30, 2009.

The comments that follow summarize conditions, policies, practices, and trends that affect the institution's financial condition. We also summarize other major items of concern, not necessarily related to financial condition. All matters of criticism, violations of laws and regulations, and other matters of concern identified within this Report of Examination require the Board of Directors' and management's prompt corrective action.

Information contained in the supporting schedules of this report is from the institution's books and records. The examiner based the comments and conclusions in this report on an analysis of information obtained from the institution's records and from other authoritative sources. OTS prepared this report for supervisory purposes and you should not consider it an audit report.

Please review the report in its entirety at your next meeting. Please send us a certified copy of excerpts from your minutes stating that you reviewed the report. Also please advise us of what action you took, or will take, regarding each point discussed in the Matters Requiring Board Attention section of this report. In order to expedite the processing of the report, please reply within 45 days from the date of this letter.

If you have any questions, please call me at (650) 746-7025. If I am unavailable, please call Field Manager Kevin Swanson, at (650) 746-7066.

Sincerely,


Nicholas J. Dyer
Assistant Director

Office of Thrift Supervision  
Report of Examination

Examination Date: 03/30/2009  
Docket Number: 06679

## Examination Conclusions and Comments

|  | Current Examination 03/30/2009 | Previous Examinations 10/15/2007 | Previous Examinations 07/10/2006 |
|---|---|---|---|
| Composite Uniform Financial Institution Rating | 3 | 2 | 2 |
| **Component Ratings:** | | | |
| Capital Adequacy | 3 | 2 | 2 |
| Asset Quality | 3 | 2 | 2 |
| Management | 2 | 2 | 2 |
| Earnings | 2 | 2 | 3 |
| Liquidity | 3 | 2 | 2 |
| Sensitivity to Market Risk | 2 | 2 | 2 |

|  | Current Examination 03/30/2009 | Previous Examinations 10/15/2007 | Previous Examinations 07/10/2006 |
|---|---|---|---|
| Compliance Rating | 2 | 2 | 2 |

We commenced a risk-focused federal safety and soundness and compliance examination of United Western Bank (UWB) on March 30, 2009. The examination was conducted concurrently with our review of United Western Bancorp, Inc. (UWBI), the parent holding company of UWB. The findings of the holding company review are addressed in a separate holding company report of examination that will be transmitted under separate cover.

The safety and soundness examination scope included an assessment of the following: capital adequacy; asset quality including lending practices, monitoring processes, credit administration procedures and sufficiency of loss reserves; management effectiveness and Board of Directors' (Board) oversight; adequacy and quality of earnings; liquidity management; and exposure to interest-rate risk. Additionally, we assessed the overall effectiveness of the bank's compliance management. In particular, our assessment consisted of a review of the major components of compliance management and risk-focused reviews of compliance with the Bank Secrecy Act, Fair Lending, Flood Disaster Protection Act, and Red Flags Identity Theft requirements.

Our financial review initially covered an 18-month review period ending December 31, 2008, but was expanded to consider substantive subsequent events and changes in the bank's financial condition through the date we issued this report where warranted. Financial data shown in the report is as of March 31, 2009, with some exception. Peer group comparisons used in the report are defined as Western Region SAIF-insured federal stock thrift institutions with assets between $1.0 billion to $5.0 billion.

UWB is a federally chartered stock institution headquartered in Denver, Colorado. As of March 31, 2009, UWB has $2.3 billion in total assets reflecting modest growth since our previous examination. Management is continuing to transform the bank's balance sheet (from principally a wholesale

1

| Office of Thrift Supervision | Examination Date: | 03/30/2009 |
| Report of Examination | Docket Number: | 06679 |

## Examination Conclusions and Comments (continued)

operation to a traditional community bank) as it follows a community banking strategy that was initially adopted in early 2006. While wholesale single-family mortgages run off through repayment, the Bank is primarily originating residential and commercial construction and land development, commercial real estate, multifamily, nonmortgage commercial, and consumer loans; mostly within the Colorado market. This community bank lending includes Small Business Administration credits. The Bank also continues to retain a large non-agency mortgage-backed securities portfolio, which is declining in size.

Under its community banking strategy, UWB is adding branch deposits to its liability mix. UWB now has eight full service banking locations open (four new branches were opened during 2008 and year-to-date 2009). The growth of community bank deposits, however, has not been as rapid as the growth of community bank assets. The primary sources of funding remain institutional custodial deposits (both from affiliated and non-affiliated entities) and Federal Home Loan Bank (FHLB) advances.

**Safety and Soundness Conclusions**

While following its community banking strategy, the review period saw unprecedented declines in real estate markets, a changing economic environment, and dislocation in capital markets. Market conditions remain poor and uncertain. As a result, certain aspects of the bank's operations have been adversely impacted since the prior examination.

Capital is less than satisfactory as it does not fully support the bank's risk profile. Due to the incorrect use of the Ratings Based Approach in risk weighting mortgage-backed securities (MBS) lower than one category below investment grade, UWB's reported risk-based capital position is overstated. Declining asset quality coupled with concentrations in higher-risk loan types (causing increases in higher risk-weighted assets) and non-agency mortgage securities (with potential for further ratings downgrades) continue to pose a threat to the bank's risk-based capital position. The Board and management are aware of the need to bolster the bank's capital position and are pursuing various options to achieve this goal so as to maintain a prudent level of capital above the well capitalized standards.

The bank's asset quality has deteriorated since the last examination and is now considered less than satisfactory. Classified assets have increased from $25.2 million as of June 30, 2007, to $70.3 million as of March 31, 2009, or 3.1 percent of total assets and 34.7 percent of core capital plus allowances for loan and lease losses (ALLL). The bank's risk profile has also increased materially given the distressed market conditions over the review period that persist. Concentrations in higher-risk loans (construction, land, nonresidential mortgage, and commercial loans) and non-agency MBS are creating a stress on the bank's earnings performance and risk-based capital position. Loan

2