| | |
|---|---|
| Office of Thrift Supervision | Examination Date: 03/30/2009 |
| Report of Examination | Docket Number: 06679 |

### Examination Conclusions and Comments (continued)

underwriting is generally satisfactory; however, underwriting weaknesses were found with respect to the land and construction loan portfolios. Loan administration procedures need enhancing as weaknesses were noted during our review of the land, construction, and commercial real estate loan portfolios. The bank's methodology for calculating ALLL also needs enhancement.

Liquidity risk concerns have been elevated. UWB adequately manages its day-to-day liquidity needs and keeps sufficient liquid funds for that purpose. However, given the concentration of the majority of its savings deposits in a small number of institutional deposit accounts, the Bank may have inadequate access to funds on reasonable terms to meet unexpected liquidity needs. Additionally, the bank's liquidity contingency plan is inadequate because it does not contemplate specific adverse liquidity events that may require the Bank to gain access to extraordinary levels of liquidity. Further, revisions are needed to the bank's liquidity policy covering funding concentrations and internal reporting procedures.

Overall, Board and management performance and risk management practices are satisfactory. Experienced management is proactively responding to risks arising from changing business conditions. Audit oversight of operations is adequate. The Board and management are responsive to regulatory authorities as evidenced by passage of a resolution at the April 30, 2009 board meeting to address examination criticisms regarding construction and land lending (including concentration risk); certain deficient credit administration practices; and concerns regarding IAR policies and procedures and the ALLL calculation methodology. Also, management is proactively addressing capital concerns and other deficiencies noted in the examination. The Bank has maintained an adequate compliance management position (see Compliance section of this Report).

Despite downward trends over the review period, the quality and quantity of the bank's earnings are considered satisfactory. A rising trend in loan loss provisions due to increasing nonperforming assets caused by poor and uncertain economic conditions is adversely impacting earnings. However, interest spread and margin have remained healthy since the Bank added higher yielding assets under its community banking strategy. Additionally, the Bank has significantly reduced its cost of funds by lowering its pricing on its deposits to reflect the lower interest rate environment over the review period. Core earnings have remained healthy diminishing the Bank's reliance on non-recurring income. The community banking strategy has enhanced the reliability of earnings. A $4.1 million Other than Temporary Impairment (OTTI) charge on non-agency MBS was incurred in the third quarter of 2008. Any further deterioration of the MBS portfolio presents a risk to earnings because of potential additional OTTI recognition going forward.

Interest rate risk (IRR) is adequately controlled and the Bank's overall level of IRR exposure is minimal based on the results of both the OTS and internal models. Policies and procedures are satisfactory and comply with Thrift Bulletin 13a (TB13a) guidance. Board and management ALCO

| | | Examination Date: | 03/30/2009 |
|---|---|---|---|
| Office of Thrift Supervision | | | |
| Report of Examination | | Docket Number: | 06679 |

## Matters Requiring Board Attention

The examiner's review disclosed the following matters that the board should specifically address in their written response to this examination report. The board is also responsible for the adoption and implementation of any corrective actions called for in other sections of this report.

| **Narrative Section** | **Due Date** | **Required Response** |
|---|---|---|
| Capital | 10/30/2009 | • Increase core and total risk-based capital ratios by December 31, 2009, to levels that adequately support the Bank's risk profile, but not less than 8.0 percent and 12.0 percent, respectively. |
| Asset Quality | 10/30/2009 | • Provide a comprehensive plan that outlines the bank's specific strategies to manage and continue to reduce its significant exposure in non-agency mortgage-backed securities and securities rated below investment grade. |
| Asset Quality | 10/30/2009 | • Provide a report on the status of all provisions included in the Board Resolution document approved at the Board's April 30, 2009 meeting. |
| Asset Quality | 10/30/2009 | • Provide a comprehensive plan including specific strategies to stabilize and reduce the level of classified assets at UWB. |
| Asset Quality/Liquidity | 10/30/2009 | • Develop a revised comprehensive concentration policy that sets limits for the bank's concentration in both non 1-4 family loans and investments. This concentration policy should also set limits for the bank's funding sources, including exposures to institutional depositors. |

6

139

Appendix

| Office of Thrift Supervision | Examination Date: 03/30/2009 |
|---|---|
| Report of Examination | Docket Number: 06679 |

## Capital Adequacy

*Capital adequacy is evaluated in relation to supervisory guidelines, the nature and extent of risks to the organization, and the ability of management to address these risks; consideration is given to the level and quality of capital and overall financial condition of the institution; the nature, trend and volume of problem assets and the adequacy of the allowance for loan and lease losses and other valuation reserves; risk exposures presented by off-balance sheet activities; quality and strength of earnings; balance sheet composition, including the nature and amount of intangible assets, market risk, concentration risk, and nontraditional activity risk; growth experiences, plans, and prospects; reasonableness of dividends; access to capital markets and other appropriate sources of financial assistance; and ability of management to address emerging needs for additional capital.*

**Component Rating:**   3

### Conclusion

- Capital is less than satisfactory as it does not fully support the bank's risk profile.
- UWB's reported risk-based capital position is overstated as of March 31, 2009, due to the incorrect use of the Ratings Based Approach (RBA) in risk weighting MBS lower than one category below investment grade.
- Declining asset quality coupled with concentrations in higher-risk loan types and non-agency MBS pose a continuing threat to the bank's capital position.
- Management is aware of the need to bolster the bank's capital and is actively pursuing various options to achieve this goal.

### Comments and Supporting Analysis

**CAPITAL LEVELS AND TRENDS**

During the review period, the Bank reported capital ratios that exceeded the well capitalized threshold of FDICIA PCA standards defined in 12 CFR 565.4. However, we determined that capital is less than satisfactory as it does not fully support the bank's risk profile. We also found that UWB's reported RBC position as of March 31, 2009, is overstated due to the incorrect use of the RBA in risk weighting MBS lower than one category below investment grade.

Office of Thrift Supervision  
Report of Examination

Examination Date: 03/30/2009  
Docket Number: 06679

## Capital Adequacy (continued)

The following table illustrates the trend in capital levels and ratios as reported by management since year-end 2007:

| Capital Ratios and Trends | YTD 03/31/09 | Exam Date 12/31/08 | Year Ended 12/31/07 |
|---|---|---|---|
| **Capital Category (%)** | | | |
| Total Risk-Based Capital/Risk-Weighted Assets | 10.45%* | 10.55% | 13.11% |
| Tier 1 Risk-Based Capital/Risk-Weighted Assets | 9.60%* | 9.68% | 12.34% |
| Tier 1 Leverage (Core) Capital/Adjusted Tangible Assets | 8.06% | 7.65% | 7.25% |
| **Capital ($000s)** | | | |
| Total Risk-Based | 201,229 | 189,536 | 150,865 |
| Tier 1 Risk-Based | 184,993 | 174,034 | 159,887 |
| Tier 1 Leverage (Core) | 184,993 | 174,034 | 159,887 |
| **Amount Over/(under) Well Capitalized Standard ($000s)** | | | |
| Total Risk-Based | 8,660* | 9,888 | 37,920 |
| Tier 1 Risk-Based | 69,452* | 66,245 | 77,685 |
| Tier 1 Leverage (Core) | 70,260 | 60,122 | 46,767 |

*\* This examination determined risk-based capital calculation is incorrect; ratios overstated*

**Risk-Based Capital**

During the review period ended March 31, 2009, the Bank included all BB graded and lower noninvestment grade securities in the 200 percent risk weight bucket for RBC calculation purposes (the Bank does not distinguish ratings below investment grade in internal CCR calculation back-up reports). This is contrary to 12 CFR 567.6(b)(1) and (2) requirements as the RBA does not apply to securities rated lower than one category below investment grade. A number of the bank's securities are in lower tranches. Therefore, the risk weighted asset calculation for these securities should be based on the face amount (amortized cost of security held-to-maturity and fair value of security available-for-sale) of the investment plus the pro rata portion of all the more senior positions it supports.

If the resulting RBC requirement (the total amount of risk-weighted assets for the subordinated security multiplied by the risk weight of the obligor or collateral multiplied by 8.0 percent) is greater than the face amount of the bank's investment in the subordinated security, the Bank may apply the low-level exposure rule. The low-level exposure rule limits the RBC requirement for the purchased subordinated security to the Bank's maximum contractual exposure,

During late June 2009, management revised its methodology for calculating RBC affecting non-agency MBS to comply with procedures noted in CEO Letter 307 (Risk Weighting Downgraded Securities) dated June 25, 2009. Additionally, actions were taken by management before month end June 2009 to reduce the bank's portfolio of higher-risk non-agency MBS. As a result of these actions and a capital infusion from UWBI to UWB, the Bank remained well capitalized under the PCA

9

**Capital Adequacy (continued)**

regulatory framework. Specifically, numbers show core capital at 7.2 percent and RBC at 10.2 percent (see Examination Conclusions and Comments section for discussion of the transactions initiated). Nevertheless, capital levels remain a concern due to risks posed by the bank's remaining non-agency MBS portfolio and negative asset quality trends.

The bank's RBC ratio has been consistently declining since the previous examination due to the impact of transitioning the bank's balance sheet to higher risk weighted assets, coupled with the effect of ratings downgrades affecting the bank's MBS portfolio. These events have necessitated infusions of capital by UWBI into the Bank to maintain the bank's RBC ratio at a well capitalized position. In particular, total risk-weighted assets increased from $1.069 billion at June 30, 2007, to $1.926 billion at March 31, 2009; an increase of 80.2 percent. This increase in risk-weighted assets is due to most of the new lending activity since the previous examination being risk weighted at 100 percent while the run-off of legacy assets were mostly in lower risk weighted categories. Risk-weighted assets also increased due to higher risk weightings affecting the bank's MBS portfolio. During the review period, there has been a migration of the bank's mortgage securities portfolio to higher risk weighting categories due to rating agency downgrades. In particular, at March 31, 2009, $218 million of these securities (31 bonds) were rated one category or more below investment grade and risk weighted at 200 percent.

**Core Capital**

The core capital ratio has increased during the review period due to retained earnings and capital infusions from UWBI, which together offset dividend payments and additional unrealized losses reported on primarily available-for-sale MBS. Specifically, during the seven quarter review period ending March 31, 2009, net income was equal to $24.1 million, contributing to retained earnings. Additionally, UWBI downstreamed capital to the Bank during the fourth quarter 2008 and during the first quarter 2009, totaling $12 million and $9.0 million, respectively. These operating results and internal actions more than offset: (1) dividends paid by the Bank to UWBI during the third and fourth quarters of 2007 totaling $4.9 million, and dividends paid in the second and third quarters of 2008 totaling $2.8 million; and (2) $20.3 million in accumulated unrealized losses on available-for-sale MBS recorded during this period.

UWB's community banking operating strategy has focused on funding higher-risk loan types. At March 31, 2009, nonresidential mortgage, construction, land, and nonmortgage commercial loans in aggregate represents over 47 percent of the bank's total assets (see the Concentration Appendix page of this Report showing these portfolios as a percentage of core capital and ALLL). Additionally, as discussed in the Asset Quality section of the Report, the performance of the bank's loan portfolio has deteriorated during the current recessionary economic environment. Consequently, the Bank has been increasing its levels of loan loss reserves to provide for risks in the loan portfolio. Should

### Capital Adequacy (continued)

further increases in loss provisions be necessary, this could further strain the Bank's earnings and ability to increase capital.

At March 31, 2009, unrealized losses on UWB's mortgage securities portfolio totaled $105.6 million. Of this amount, $72.7 million of unrealized losses were in the held-to-maturity portfolio, which did not affect reported financial statements. However, a total of $32.8 million of the unrealized losses, or $20.4 million after-tax, was attributable to the available-for-sale securities portfolio. This $20.4 million amount is treated as a deduction from equity capital and reported as accumulated other comprehensive income (loss). For regulatory capital purposes, this amount is added back to equity capital to arrive at core capital. During the third quarter of 2008, OTTI was also recognized on two non-agency securities in the amount of $4.1 million, which adversely impacted net earnings for 2008 (see Earnings section of this Report).

### CAPITAL PROJECTIONS / CAPITAL RAISING EFFORTS

Due to the increase in nonperforming assets (and its adverse impact on earnings) and the negative impact on RBC caused by MBS downgrades, management has elected to reduce community bank loan growth and control balance sheet growth  Only nominal asset growth is projected for 2009 with total assets projected to reach $2.27 billion at yearend 2009; a growth rate of 1.5 percent. Community bank loans are projected to reach $1.263 billion at year-end 2009, a growth rate of 12.7 percent. Investment securities are projected to decrease to $528.6 million at December 31, 2009; a decrease of 10.5 percent. Management does not anticipate any additional OTTI to be recorded in 2009.

Management of the Bank and UWBI are aware of the need to bolster the bank's capital and are pursuing various options to achieve the goal. As noted previously, in late June 2009, UWBI completed the sale of certain assets of Sterling Trust Company, a subsidiary, for $15.3 million in cash and $46.1 million in a note. The cash received at UWBI from Sterling Trust Company as a result of the asset sale was used to contribute $16.5 million in capital to UWB to ensure that the Bank maintained its well capitalized status as of June 30, 2009.

UWBI has other alternatives regarding assets that can be monetized to provide capital to the Bank. These include the sale of Matrix Funding Corporation's 389 development lots in Fort Lupton, Colorado. Also, on November 7, 2008, UWBI filed a Capital Purchase Application with OTS, which is currently pending at the Treasury Department. Should that application be approved, approximately $48.0 million in new capital would be available to be downstreamed to the Bank. Further, we were advised in our July 2009 meeting with management that UWBI has engaged an investment banking firm to act as a financial advisor with respect to a public offering of UWBI common shares in order

| Office of Thrift Supervision | Examination Date: 03/30/2009 |
|---|---|
| Report of Examination | Docket Number: 06679 |

### Capital Adequacy (continued)

to raise up to $80 million. The proceeds raised in this offering would be used to provide capital to UWB.

### Corrective Actions

- Increase core and total risk-based capital ratios to levels sufficient to support the Bank's increasing risk profile. See Matters Requiring Board Attention.
- Ensure that the bank calculates RBC following 12 CFR 567(b) (1) and (2) requirements and CEO Letter 307 dated June 25, 2009, regarding the risk weighting of MBS lower than one category below investment grade.

| Office of Thrift Supervision | Examination Date: 03/30/2009 |
| Report of Examination | Docket Number: 06679 |

## Asset Quality

*Asset quality is evaluated in relation to the level, distribution, severity, and trend of problem, classified, delinquent, nonaccrual, nonperforming, and restructured assets, both on- and off-balance sheet; the adequacy of the allowance for loan and lease losses and other valuation reserves; demonstrated ability to identify, administer and collect problem assets; the diversification and quality of loan and investment portfolios; the adequacy of loan and investment policies, procedures, and practices; extent of securities underwriting activities and exposure to counterparties in trading activities; credit risk arising from or reduced by off-balance sheet transactions; asset concentrations; volume and nature of documentation exceptions; effectiveness of credit administration procedures, underwriting standards, risk identification practices, controls, and management information systems.*

**Component Rating:** 3

### Conclusion

- The bank's asset quality has deteriorated since the last examination and is now considered less than satisfactory. Classified assets have increased from $25.2 million as of June 30, 2007, to $70.3 million as of March 31, 2009, or to 34.7 percent of core capital plus allowances for loan and lease losses (ALLL).
- The bank's risk profile has increased materially given the distressed market conditions over the review period that persists. Concentrations in higher-risk loans (construction/land development, nonresidential and commercial mortgage loans) and non-agency MBS are creating a stress on the bank's earnings performance and risk-based capital position.
- Loan underwriting is generally satisfactory; however, underwriting weaknesses were noted with respect to the land and construction loan portfolios.
- Loan administration procedures need improvement as deficiencies were noted during our review of the land, construction, and commercial real estate loan portfolios.
- The bank's methodology for calculating ALLL needs enhancement.

### Comments and Supporting Analysis

Our review included an assessment of: (1) new loan underwriting; (2) credit administration practices; (3) asset classification procedures; (4) the internal asset review function; (5) the appraisal operation; and (6) the adequacy of the ALLL. Overall, the bank's asset quality has deteriorated since the last examination and is now considered less than satisfactory. In particular, classified assets have increased, the bank's relatively large MBS portfolio has deteriorated (as indicated by recent rating agency downgrades), and weaknesses were noted with respect to loan underwriting procedures and credit administration practices affecting certain portfolios. In addition, increasing concentrations in certain higher-risk assets has elevated UWB's risk exposure, which poses a concern.

13

Office of Thrift Supervision  
Report of Examination

Examination Date: 03/30/2009  
Docket Number: 06679

## Asset Quality (continued)

As the following table illustrates, higher-risk asset increases are most pronounced in the commercial real estate portfolio (an increase of $195.0 million during the review period) and the construction loan portfolio (an increase of $180.0 million during the review period).

Table 1: Loan Portfolio Mix

| Loan Types (Incl MBS) | 03/31/2009 | | | 06/30/2007 | | | Incr (Decr) |
|---|---|---|---|---|---|---|---|
| | Mil | % of TA | % of TA Peer | Mil | % of TA | % of TA Peer | |
| 1-4 | $390.7 | 17.27 | 29.28 | $508.1 | 25.06 | 31.66 | ($117.4) |
| Consumer | 6.4 | 0.28 | 0.49 | 1.4 | 0.07 | 0.56 | 5.0 |
| Total Lower-Risk | $397.1 | 17.55 | 29.77 | $509.5 | 25.13 | 32.22 | ($112.4) |
| Construction | 295.1 | 13.04 | 2.49 | 115.1 | 5.67 | 3.92 | 180.0 |
| Multifamily | 48.1 | 2.13 | 1.91 | 55.5 | 2.74 | 1.63 | (7.4) |
| Nonresidential | 539.5 | 23.85 | 11.36 | 344.5 | 16.99 | 11.49 | 195.0 |
| Land | 111.7 | 4.94 | 1.19 | 59.1 | 2.91 | 2.82 | 52.6 |
| Commercial | 127.2 | 5.62 | 3.25 | 89.7 | 4.42 | 2.72 | 37.5 |
| Total Higher-Risk | $1,121.6 | 49.58 | 20.20 | $663.9 | 32.73 | 22.38 | $457.7 |
| Total Loans | $1,518.7 | 67.13 | 49.97 | $1,173.4 | 57.86 | 54.60 | $345.3 |
| MBS/CMO | $489.6 | 21.64 | 12.68 | $650.0 | 32.06 | 5.42 | ($160.4) |
| Total Assets | $2,262.3 | | | $2,027.7 | | | $234.6 |

Source: Five Quarter UTPR March 31, 2009, with peer group data for the 82 institutions nationwide between $1 billion and $5 billion

### INVESTMENT PORTFOLIO

The Bank's portfolio of MBS (includes CMOs) declined during the review period from $650 million as of June 30, 2007, to $490 million as of March 31, 2009. This portfolio is comprised mostly of non-agency securities. Also, as of March 31, 2009, 31 of the 77 non-agency MBS were rated below investment grade (the bank's investment portfolio experienced a number of material rating downgrades during the last quarter of 2008 and first quarter of 2009). This is having a significant adverse impact on risk-based capital. See detailed discussion of the MBS portfolio in the Miscellaneous section of this Report, and see the Capital section of this Report for the MBS portfolio impact on risk-based capital.

### LOAN UNDERWRITING

We reviewed the bank's loan underwriting for its larger loan portfolios: the single-family loan portfolio, the construction and land loan portfolios; the commercial (nonmortgage) loan portfolio; and the commercial real estate loan portfolio (which includes multifamily loans). Our review disclosed underwriting weaknesses with respect to the bank's construction and land loan portfolios. Management concurred with our findings and ceased originating new construction and land loans, with some exception (provision included in a formal resolution approved by the Board at its April 30, 2009 meeting). Further, in their June 2, 2009 written response, management provided us with

15