Asset Reduction Plan shall be submitted to the Regional Director for review and written non-objection at least thirty (30) days prior to the proposed date to implement any such modification.

**Construction and Land Loans.**

8.      Effective immediately, the Association shall not directly or indirectly make, invest in, purchase, or commit to make or purchase new construction or land loans without prior written non-objection from the Regional Director, unless the Association has a legally binding commitment that exists prior to the Effective Date of this Memorandum.  For each such loan for which the Association contends it has a legally binding commitment, the Association shall provide the Regional Director with an acceptable opinion of counsel supporting such conclusion for the review of the Regional Director at least thirty (30) days prior to the proposed funding date.

9.      Notwithstanding the restriction in Paragraph 8, the Association may originate construction loans that are appropriately underwritten through the preferred lender program of the United States Small Business Administration (SBA) for guarantee pursuant to the CDC/504 or 7(a) loan programs.

**Investment Securities.**

10.     The Association shall not increase its investment in non-agency securities without the prior written notice of non-objection of the Regional Director.

**Liquidity Contingency Plan.**

11.     Within thirty (30) days from the Effective Date, the Board shall review and approve a written comprehensive Liquidity Contingency Plan. The Liquidity Contingency Plan shall contain specific Board strategies for ensuring that the Association maintains adequate short-term and long-term liquidity to withstand any anticipated or extraordinary demand against its funding base. At a minimum, the Liquidity Contingency Plan must: (a) specifically address deposit concentrations

and plans to reduce or manage such concentrations; (b) include a cash flow analysis of liquidity that includes reasonable assumptions, identifies anticipated funding needs and the sources of liquidity to meet those needs, and addresses potential contingent liabilities; and (c) include identification of alternative funding sources to meet extraordinary demands, at a minimum, the selling of assets, obtaining lines of credit from correspondent institutions, recovering charged-off assets, and injecting additional equity capital.

12.    The Liquidity Contingency Plan shall be delivered to the Regional Director for review and non-objection no later than five (5) days after approval by the Board. The Board shall make changes, if any, to the Liquidity Plan required by the Regional Director within fifteen (15) days after receipt. Thereafter, the Board shall adopt the Liquidity Contingency Plan and shall ensure that the Association adheres to it. Any request to modify the Liquidity Contingency Plan shall be submitted to the Regional Director for review and written non-objection at least thirty (30) days prior to the proposed date to implement any such modification.

**Brokered Deposit Restriction.**

13.    The Association shall not increase the dollar amount of brokered deposits, excluding interest credited, without the prior written non-objection of the Regional Director. Any request for such non-objection should be submitted to the Regional Director at least seven (7) days prior to the anticipated acceptance of additional brokered deposits.

**Transaction with Affiliates Restriction.**

14.    Without the prior written non-objection of the Regional Director, the Association may not engage in transactions with any affiliate, except for transactions involving the payment of funds to or from the Association or an obligation by or to the Association in the amount of $100,000 or less, and except for transactions pursuant to tax sharing and cost allocation agreements that are in

compliance with 12 C.F.R. § 563.41 and 12 C.F.R. Part 223. The Association's written request

for transactions with affiliates, at a minimum, shall include: (a) a description of the proposed

transaction; (b) copies of all pertinent transaction documents; and (c) an acceptable legal opinion,

signed by counsel experienced in the application of transactions with affiliates rules, forming a

conclusion about whether the proposed transaction comports with 12 U.S.C. §§ 371c and 371c-1,

12 C.F.R. Part 223, and 12 C.F.R. §§ 563.41.

**Board Compliance with Memorandum.**

15.    The Board and officers of the Association shall take immediate action to cause the

Association to comply with the terms of this Memorandum.

16.    By forty-five (45) days after the end of each quarter, the Board of the Association,

beginning with the quarter ending December 31, 2009, shall adopt a board resolution (Compliance

Resolution), formally resolving that, following a diligent inquiry of relevant information

(including reports of management), to the best of its knowledge and belief, during the immediately

preceding quarter, the Association complied with each provision of this Memorandum currently in

effect, except as otherwise stated. The Compliance Resolution shall specify in detail how, if at all,

full compliance was found not to exist and identify all notices of exemption or non-objection

issued by the Regional Director or his or her designee that were outstanding as of the date of its

adoption. The Association shall provide to the Regional Director a certified true copy of each

Compliance Resolution as adopted by its Board within thirty (30) days of the meeting of its Board

at which the Compliance Resolution was adopted.

17.    The minutes of the meetings of the Board of the Association shall set forth the following

information with respect to the adoption of the Compliance Resolution: (a) the identity of each

director voting in favor of its adoption; and (b) the identity of each director voting in opposition to

its adoption or abstaining from voting thereon, setting forth each director's reasoning for opposing or abstaining. The Board, by virtue of the submission of a certified true copy of each such Compliance Resolution by that Board to the Regional Director, shall be deemed to have certified to the accuracy of the statements set forth in each Compliance Resolution, except as noted therein.

18.     All policies, procedures, corrective actions, plans, programs, and reviews required by this Memorandum (collectively referred to as Plans and Policies) shall conform to all applicable statutes, regulations, and written OTS policy and guidance published by the OTS or distributed by federal banking agencies to OTS-regulated institutions. The Association shall comply with all Plans and Policies required by this Memorandum, including any revisions or amendments required by the Regional Director or to which the Regional Director provided a written notice of non-objection. The Association's failure to comply with a Plan or Policy required by this Memorandum is considered a violation of this Memorandum.

**Notices.**

19.     Except as otherwise provided herein, all submissions, requests, communications, consents, or other documents relating to this MOU shall be in writing and sent by first-class U.S. Mail (or by reputable overnight carrier, electronic facsimile transmission, or hand delivery by messenger) addressed as follows:

    (a)    <u>To the OTS</u>:

        C.K. Lee, Regional Director
        Office of Thrift Supervision, Western Region
        225 E. John Carpenter Freeway, Suite 500
        Irving, TX 75062-2326

United Western Bank
OTS Docket No. 06679
Memorandum of Understanding

7

Appendix

With a Copy to:

Nicholas J. Dyer, Assistant Director
Office of Thrift Supervision, Western Region
2001 Junipero Serra Boulevard, Suite 650
Daly City, CA 94014-3897

(b)     To the Association:

Scot T. Wetzel, Chairman
United Western Bank
700 17th Street, Suite 100
Denver, CO 80202-3501

**Time Limits.**

20.     Time limitations for compliance with the terms of this MOU run from the Effective Date

and shall be based on calendar days, unless otherwise noted.  The Regional Director, the Regional

Deputy Director, or the assigned Assistant Director may extend any time limits set forth in this

Memorandum by specifically granting that extension in writing.

**OTS Review of Actions Required.**

21.     The Regional Director, the Regional Deputy Director, or the assigned Assistant Director

may provide a written notice of non-objection or request additional information with respect to

any submission to the Regional Director required by this MOU.

**No Violations Authorized; OTS Not Restricted.**

22.     Nothing in this MOU shall be construed as:  (a) allowing the Association to violate any

law, rule, regulation, or policy statement to which it is subject; or (b) restricting or estopping the

OTS from taking any action(s), including without limitation any actions that it believes are

appropriate in fulfilling the responsibilities placed upon it by law.

United Western Bank
OTS Docket No. 06679
Memorandum of Understanding

8

Appendix

**Other Miscellaneous Provisions.**

23. The section and Section headings herein are for convenience only and shall not affect construction hereof.

24. The laws of the United States of America shall govern the construction and validity of this MOU.

25. In case any provision in this MOU is ruled to be invalid, illegal, or unenforceable by the decision of any court of competent jurisdiction, the validity, legality, and enforceability of the remaining provisions hereof shall not in any way be affected or impaired thereby, unless the Regional Director, in his/her sole discretion, determines otherwise.

26. The terms and provisions of this MOU shall be binding upon, and inure to the benefit of, the parties hereto and their successors in interest. Nothing in this MOU, express or implied, shall give to any person or entity, other than the parties hereto, the Federal Deposit Insurance Corporation, and their successors hereunder, any benefit or any legal or equitable right, remedy or claim under this MOU.

27. This MOU may be executed in two or more counterparts, all of which shall be considered one and the same agreement and each of which shall be deemed an original. The provisions of this MOU shall be binding upon the Association and any institution-affiliated party as such term is defined in Section 3(u) of the FDIA, 12 U.S.C. § 1813(u), to include its directors, officers, employees, agents, successors, assigns, and other persons participating in the conduct of the Association's affairs.

28. This MOU shall become effective on the Effective Date as defined herein.

29. The Board shall not adopt a board resolution rescinding its obligations under this MOU without the prior written notice of non-objection of the Regional Director.

United Western Bank
OTS Docket No. 06679
Memorandum of Understanding

9

Appendix

30.    The provisions of this MOU shall remain effective except to the extent that, and until such time as, any provisions of this MOU shall have been modified, terminated, suspended, or set aside by OTS through the Regional Director.

**IN WITNESS WHEREOF**, OTS, acting by and through the Regional Director, and United Western Bank, Denver, Colorado, in accordance with a duly adopted resolution of its Board, which is attached hereto, hereby execute this Memorandum as of the Effective Date.

**UNITED WESTERN BANK**
Denver, Colorado

By: _____
Scot T. Wetzel, Chairman

_____
Charles J. Berling, Director

_____
James H. Bullock, Director

_____
Bernard C. Darré Director

_____
Benjamin C. Hirsh, Director

_____
Gary G. Petak, Director

_____
Dennis R. Santistevan, Director

_____
William D. Snider, Director

**OFFICE OF THRIFT SUPERVISION**

By: _____
C.K. Lee
Regional Director, Western Region

Date:  See Effective Date on page 1

30. The provisions of this MOU shall remain effective except to the extent that, and until such time as, any provisions of this MOU shall have been modified, terminated, suspended, or set aside by OTS through the Regional Director.

**IN WITNESS WHEREOF,** OTS, acting by and through the Regional Director, and United Western Bank, Denver, Colorado, in accordance with a duly adopted resolution of its Board, which is attached hereto, hereby execute this Memorandum as of the Effective Date.

| | |
|---|---|
| **UNITED WESTERN BANK**<br>**Denver, Colorado** | **OFFICE OF THRIFT SUPERVISION** |
| By: _____<br>      Scot T. Wetzel, Chairman | By: _____<br>      C.K. Lee<br>      Regional Director, Western Region |
| | Date:  See Effective Date on page 1 |

_____
Charles J. Berling, Director

_____
James H. Bullock, Director

_____
Bernard C. Darré Director

_____
Benjamin C. Hirsh, Director

_____
Gary G. Petak, Director

_____
Dennis R. Santistevan, Director

_____
William D. Snider, Director

30.     The provisions of this MOU shall remain effective except to the extent that, and until such

time as, any provisions of this MOU shall have been modified, terminated, suspended, or set aside

by OTS through the Regional Director.

     **IN WITNESS WHEREOF**, OTS, acting by and through the Regional Director, and

United Western Bank, Denver, Colorado, in accordance with a duly adopted resolution of its

Board, which is attached hereto, hereby execute this Memorandum as of the Effective Date.

**UNITED WESTERN BANK**                          **OFFICE OF THRIFT SUPERVISION**
**Denver, Colorado**

By: _____                     By: _____
     Scot T. Wetzel, Chairman                              C.K. Lee
                                        Regional Director, Western Region

                                        Date: See Effective Date on page 1

_____
Charles J. Berling, Director

_____
James H. Bullock, Director

_____
Bernard C. Darré Director

_____
Benjamin C. Hirsh, Director

_____
Gary G. Petak, Director

_____
Dennis R. Santistevan, Director

_____
William D. Snider, Director

30.     The provisions of this MOU shall remain effective except to the extent that, and until such time as, any provisions of this MOU shall have been modified, terminated, suspended, or set aside by OTS through the Regional Director.

**IN WITNESS WHEREOF,** OTS, acting by and through the Regional Director, and United Western Bank, Denver, Colorado, in accordance with a duly adopted resolution of its Board, which is attached hereto, hereby execute this Memorandum as of the Effective Date.

**UNITED WESTERN BANK**
**Denver, Colorado**

By: _____
        Scot T. Wetzel, Chairman

**OFFICE OF THRIFT SUPERVISION**

By: _____
        C.K. Lee
        Regional Director, Western Region

Date:  See Effective Date on page 1

_____
Charles J. Berling, Director

_____
James H. Bullock, Director

_____
Bernard C. Darré Director

_____
Benjamin C. Hirsh, Director

_____
Gary G. Petak, Director

_____
Dennis R. Santistevan, Director

_____
William D. Snider, Director

30.    The provisions of this MOU shall remain effective except to the extent that, and until such time as, any provisions of this MOU shall have been modified, terminated, suspended, or set aside by OTS through the Regional Director.

IN WITNESS WHEREOF, OTS, acting by and through the Regional Director, and United Western Bank, Denver, Colorado, in accordance with a duly adopted resolution of its Board, which is attached hereto, hereby execute this Memorandum as of the Effective Date.

UNITED WESTERN BANK
Denver, Colorado

By: _____
Scott T. Wetzel, Chairman

_____
Charles J. Berling, Director

_____
James H. Bullock, Director

_____
Bernard C. Darré Director

_____
Benjamin C. Hirsh, Director

_____
Gary G. Petak, Director

_____
Dennis R. Santistevan, Director

_____
William D. Snider, Director

OFFICE OF THRIFT SUPERVISION

By: _____
C.K. Lee
Regional Director, Western Region

Date: See Effective Date on page 1

United Western Bank
OTS Docket No. 06679
Memorandum of Understanding                10

233

Appendix

## CERTIFIED COPY OF
## RESOLUTION OF BOARD OF DIRECTORS

I, the undersigned, being the duly appointed and qualified Secretary of United Western Bank, Denver, Colorado (United Western or Bank), hereby certifies as follows:

1.      A duly called meeting of the Board of Directors of United Western was held on December 3, 2009;

2.      At the meeting, a quorum was present and voting throughout;

3.      The following is a true copy of resolution duly adopted by United Western's Board of Directors, which resolution has not been rescinded or modified and is now in full force and effect:

WHEREAS, the Board of Directors of United Western wishes to continue to cooperate with Office of Thrift Supervision and to demonstrate that United Western and the Board intend to continue to: (1) comply with all appropriate laws and regulations; and (2) engage in safe and sound practices; and

WHEREAS, the Directors of United Western have read and considered the proposed Memorandum of Understanding, which shall be attached to the minutes of this meeting; and

WHEREAS, after due consideration, the Directors of United Western have determined to cause the Bank to enter into the proposed Memorandum of Understanding, which is in the best interest of the Bank.

NOW THEREFORE, BE IT RESOLVED, that United Western, and it hereby is, authorized to enter into the Memorandum of Understanding in the form attached to the minutes of the meeting;

FURTHER RESOLVED, that the execution and delivery of, and performance of all of the provisions of the Memorandum of Understanding be, and they hereby are, authorized and approved;

AND FURTHER RESOLVED, that the Directors and Officers of United Western be, and they hereby are, authorized and directed to execute and deliver the Memorandum of Understanding and to take all steps necessary or appropriate to implement the terms of the Memorandum of Understanding and to cause United Western to comply in all respects with the terms of the Memorandum of Understanding.

4.      All members of the Board of Directors were present and voted at the meeting and all members of the Board of Directors voted in favor of the resolution;

United Western Bank
OTS Docket No. 06679
Memorandum of Understanding

Appendix

**IN WITNESS WHEREOF,** I have hereto subscribed my name and affixed the seal of United Western Bank, Denver, Colorado, on this 9th day of December, 2009.

Name: Ben Hirsh
Title: Secretary

(SEAL)

