UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED WESTERN BANK, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 11-0408 (ABJ) |
| OFFICE OF THE COMPTROLLER OF ) THE CURRENCY, *et al.*, ) | |
| Defendants. ) | |

### ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that plaintiff's motion for summary judgment [Dkt. # 99] is DENIED and defendants' motion for summary judgment [Dkt. #100] is GRANTED. This is a final appealable order.

*/s/ Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: March 5, 2013